1    WILLIAM H. GREEN, #129846
     WILLIAM H. GREEN, ATTORNEY
2    2 Wanda Way
     Martinez, California  94553
3    Telephone:     (925) 890-6408
     Facsimile:     (925) 887-4357
4    Email:  greenbill@pacbell.net

5    Attorney for Defendant
     Emile Y. Jilwan
6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA,              CASE NO.  CR 09 0417 MHP

13              Plaintiff,                  [PROPOSED] ORDER TEMPORARILY
                                            RETURNING PASSPORT OF
14   v.                                     DEFENDANT'S SPOUSE AND RESTATING
                                            DEFENDANT'S TRAVEL RESTRICTIONS
15   MAHER FAYEZ KARA, MOUNIR
     FAYEZ KARA (aka MICHAEL F.             Hon. Marilyn H. Patel
16   KARA), EMILE YOUSSEF JILWAN,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

1    A declaration has been filed in support of temporarily returning the passport of Marie

2 Jilwan (Defendant Emile Jilwan's spouse) from the Clerk of the Court's custody to Marie Jilwan

3 for the purpose of travelling to Lebanon from July 9, 2009 through August 4, 2009.

4    During an appearance in this Court on May 18, 2009, this court granted defendant

5 Jilwan's request for travel in both the Eastern District of California and the State of Nevada.

6 However, the minute order on that date is sealed for unrelated reasons.

7    On the basis of material submitted to the Court, IT IS HEREBY ORDERED,

8    1.    The Clerk of the Court shall return the passport of Marie Jilwan prior to July 9,

9 2009 to her for the sole purpose of travelling from the United States to Lebanon from on or about

10 July 9, 2009 through August 4, 2009;

11    2.    Marie Jilwan shall promptly return the passport to the Clerk of the Court upon her

12 arrival back in the United States.

13    3.    On May 18, 2009, this court granted defendant Emile Jilwan's oral request for

14 travel in both the Eastern District of California and the State of Nevada.

15
    Dated:  _June 3_____, 2009

16

17    By:_____

18    UNITED S



19

20

21

22

23

24

25

26

27

28

-1-

ORDER RETURNING PASSPORT          CASE No. CR 09 0417 MHP