JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

>450 Golden Gate Avenue, 11th Floor
>San Francisco, CA 94102
>Telephone: 415.436.7324
>Facsimile:  415.436.7234
>Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0417 MHP |
| Plaintiff, | |
| v. | **STIPULATION FOR ORDER REGARDING CRIMINAL FORFEITURE OF PROPERTY IN GOVERNMENT CUSTODY** |
| MAHER FAYEZ KARA, MOUNIR FAYEZ KARA (also known as MICHAEL F. KARA), and EMILE YOUSSEF JILWAN, | **18 U.S.C. § 983(a)(3)(B)(ii)(II)** |
| Defendants. | (and) [~~PROPOSED~~] ORDER |

The United States of America, through its counsel, Assistant United States Attorney Susan B. Gray, Emile Youssef Jilwan, by and through his counsel, William H. Green, and Mounir Fayez Kara, aka Michael F. Kara, by and through his counsel Miles Ehrlich, hereby stipulate[1] to an order allowing the United States to maintain custody of property already in the United States's possession pending the resolution of a criminal forfeiture matter or further order of the Court.  In support of the stipulation the parties submit the following:

---

[1] On June 16, 2009, counsel for Maher Fayez Kara, Carl H. Loewenson, Jr. informed counsel for the government that he would not take a position on this application, since it did not involve assets belonging to his client.

1  On April 28, 2009, agents of the Federal Bureau of Investigation (hereinafter "FBI") seized the funds described in Attachment A ("the seized assets") pursuant to seizure warrants authorized by Magistrate Judge Bernard Zimmerman.  Pursuant to 18 U.S.C. § 983(a)(3), the United States has 90 days in which to 1) return the property, 2) commence a civil judicial forfeiture action, or 3) commence a criminal forfeiture action by including the seized assets in a criminal indictment.  An indictment containing forfeiture allegations was filed on April 21, 2009.  Docket # 1, ¶¶35-37.  On June 15, 2009, the United States elected the third option when it filed a Bill of Particulars giving notice that it intended to forfeit the seized assets.  Docket # 32.

18 U.S.C. § 983(a)(3)(B)(ii)(II) provides that when the United States elects to proceed by criminal forfeiture, it must "take the steps necessary to preserve its right to maintain custody of the property as provided in the applicable criminal forfeiture statute."  The applicable forfeiture statute in this case is  incorporated by 18 U.S.C. § 982, and 28 U.S.C. § 2461(c).  18 U.S.C. §982(b)(1), in turn refers to 21 U.S.C. §853 which prescribes several methods for preserving property for the purpose of criminal forfeiture.

In this case, the seized assets are already in the United States' custody and the United States represents to the Court that it intends to preserve the assets for the purpose of forfeiture through the conclusion of the pending criminal case or further order of the Court.

Pursuant to Section 853(e)(1), the parties respectfully request this Court to issue an order directing that the United States may maintain custody of the seized assets through the conclusion of the pending criminal case or further order of the Court, and stating that such order satisfies the requirements of 18 U.S.C. § 983(a)(3)(B)(ii)(II).

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Date: June 18, 2009

_____/s/_____
SUSAN B. GRAY
Assistant United States Attorney

///

///

GOVT. APPL. FOR ORDER RE: CRIM FORF. PROP.
CR 09-0417 MHP                                                                                                                     2

| | |
|---|---|
| Date: June 18, 2009 | _____/s/_____<br>WILLIAM H. GREEN<br>Counsel for Emile Youssef Jilwan |
| Date: June 18, 2009 | _____/s/_____<br>MILES EHRLICH<br>Counsel for Mounir Fayez Kara, aka<br>Michael F. Kara |

## [PROPOSED] ORDER

This matter comes before the Court on the stipulation of the United States and defendants Emile Youssef Jilwan and Mounir Fayez Kara, aka Michael F. Kara, for an Order authorizing the Government and its agencies to maintain custody of certain property pending the conclusion of the pending criminal case or further order of the Court.

WHEREAS, the property in question includes the following assets:

a. $47,977.32 in funds seized from Charles Schwab & Company, Inc. ("Schwab") account number 4176-1125, located at 101 Montgomery Street, San Francisco, California, held by MICHAEL F. KARA (also known as MICHAEL KARA and MOUNIR FAYEZ KARA).

b. $144,337.26 in funds seized from Schwab account number 6104-7616, located at 101 Montgomery Street, San Francisco, California, held by MICHAEL F. KARA.

c. $260,936.57 in funds seized from Schwab account number 1080-2675, located at 101 Montgomery Street, San Francisco, California, held by EMILE YOUSSEF JILWAN (also known as EMILE Y JILWAN).

d. $1,183,529.99 in funds seized from Fidelity Brokerage Services LLC ("Fidelity") account number X84-378410, located at 82 Devonshire Street, Boston, Massachusetts, held by EMILE Y JILWAN; and

WHEREAS, the seized assets are already in the custody of the Government; and

WHEREAS, the Government has represented to the Court that it will maintain and preserve the seized assets throughout the pending criminal case so that they will be available for

forfeiture; and

WHEREAS, 18 U.S.C. § 983(a)(3)(B)(ii)(II), which is applicable to this case, requires that the Government, in order to maintain custody of property for the purpose of criminal forfeiture must take steps to preserve the property under 21 U.S.C. § 853; and

WHEREAS, Section 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property,

IT IS HEREBY ORDERED, that the United States and its agencies, including the FBI and/or the U.S. Marshals Service, are authorized to maintain and preserve the seized assets until the conclusion of the instant criminal case or further Order of this Court,

AND IT IS FURTHER ORDERED, that this Order satisfies the requirements described in 18 U.S.C. § 983(a)(3)(B)(ii)(II).

Dated: June 19, 2009



MARILYN H. PATEL
United States District Judge