JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ADAM A. REEVES (NYSB 2363877)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7157
    Facsimile: (415) 436-7234
    Adam.Reeves@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-09-0417 (MHP) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| v. | |
| MAHER FAYEZ KARA, MOUNIR FAYEZ KARA (also known as MICHAEL F. KARA), and EMILE YOUSSEF JILWAN, | |
| Defendants. | |

WHEREAS, the Court conducted a hearing on July 13, 2009;

WHEREAS, the government produced approximately 880,000 documents and other materials to counsel for the defendants and defendants' counsel believes that additional time is necessary to review the evidence and investigate the case, and believes it is in the best interests of the defendants to do so as soon as possible;

WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO. CR-09-0417 (MHP)

1

1  diligence, and under the circumstances the ends of justice served by a reasonable continuance
2  outweigh the best interest of the public and the defendants in a speedy trial;
3      WHEREAS, the defendants all consent to a continuation of this case for the above
4  reasons and all consent to the exclusion of time from July 13, 2009 until October 19, 2009;
5      THEREFORE, it is hereby stipulated by and between the parties, through their respective
6  counsel of record, that the period of time from July 13, 2009 until October 19, 2009 shall be
7  excluded in computing the time within which the trial of the offense alleged in the Indictment
8  must commence under Title 18, United States Code, Section 3161.
9      IT IS SO STIPULATED.

DATED: July 14, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ A. Reeves
_____
Adam A. Reeves
Assistant United States Attorney

DATED: July 14, 2009

/s/ C. Loewenson
_____
Carl H. Loewenson, Jr.
George C. Harris, Esq.
Morrison & Foerster, LLP
Counsel for Maher Kara

DATED: July 14, 2009

/s/ M. Ehrlich
_____
Miles Ehrlich, Esq.
Ismail Ramsey, Esq.
Ramsey & Ehrlich LLP
Counsel for Mounir Kara

DATED: July 14, 2009

/s/ W. Green
_____
William H. Green, Esq.
Counsel for Emile Jilwan

1  The Court finds that the ends of justice served by granting a continuance from July 13,
2  2009 until October 19, 2009 outweigh the best interests of the public and the defendants in a
3  speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that
4  this exclusion of time from July 13, 2009 through and including October 19, 2009 should be
5  made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).
6  IT IS SO ORDERED.

Dated: 7/24/2009



Hon. Marilyn H. Patel
United States District Judge