1 CARL H. LOEWENSON, JR. (*Pro hac vice*)
CLoewenson@mofo.com
2 MORRISON & FOERSTER LLP
1290 Avenue of the Americas
3 New York, NY 10104-0050
Telephone: 212.468.8000
4 Facsimile: 212.468.7900

5 GEORGE C. HARRIS (CA SBN 111074)
GHarris@mofo.com
6 SARAH E. GRISWOLD (CA SBN 240326)
SGriswold@mofo.com
7 MORRISON & FOERSTER LLP
425 Market Street
8 San Francisco, California 94105-2482
Telephone: 415.268.7000
9 Facsimile: 415.268.7522

10 Attorneys for Defendant
MAHER KARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.   CR 09 0417 MHP |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY AMEND MAHER KARA'S BAIL LIMITS** |
| v. | |
| MAHER FAYEZ KARA, MOUNIR FAYEZ KARA (aka MICHAEL F. KARA), EMILE YOUSSEF JILWAN, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER
Case No. CR 09 0417 MHP
sf-2727294

1  The United States through its counsel, Assistant United States Attorney Adam A. Reeves, and defendant, Maher Kara by and through his counsel, Carl H. Loewenson, Jr., hereby stipulate and request an order temporarily amending Maher Kara's bail limits to permit him to take two trips in the months of August and September.

The parties agree and stipulate to temporarily amend the bail limits pertaining to Maher Kara to permit him to travel to Napa Valley by car on Friday, August 21, 2009. He will return on Sunday, August 23, 2009. The purpose of the trip is to spend time with friends who are renting a home in Napa. Maher Kara and his family will be staying at 5935 Pope Valley Road in Napa, California 94567.

The parties further agree and stipulate to temporarily amend the bail limits to permit Maher Kara to fly to Chicago, Illinois, on Tuesday, August 25, 2009, departing from San Francisco International Airport ("SFO") on Southwest flight 1494 to Chicago Midway Airport ("MDW"). He will return on Wednesday, September 9, 2009 departing from MDW on Southwest flight 232 traveling to SFO. The purpose of this trip is to escort Maher Kara's mother-in-law, who does not speak or read English, back to Chicago. While in Chicago, the family will attend the wedding of Maher Kara's wife's cousin. Maher Kara and his wife and children will stay at the home of his mother-in-law, located at 12640 S. Alpine Drive in Alsip, Illinois 60803.

WHEREAS, the parties have agreed to the parameters of the travel described herein;

WHEREAS, the parties have consulted Maher Kara's Pretrial Services Officer, Joshua Libbey, and he has consented to the travel requests;

THEREFORE, it is hereby stipulated by and between the parties that the bail limits on Maher Kara's will be temporarily amended to permit the travel detailed herein.

///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER
Case No. CR 09 0417 MHP
sf-2727294

1

IT IS SO STIPULATED:

Dated: August 14, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

By:  /s/ Adam A. Reeves
      ADAM A. REEVES

Assistant United States Attorney

MORRISON & FOERSTER LLP

Dated: August 14, 2009

By:  /s/ Carl H. Loewenson, Jr.
      CARL H. LOEWENSON, JR.

Attorneys for Defendant
MAHER KARA

## GENERAL ORDER 45 ATTESTATION

In accordance with General Order 45, concurrence in the filing of this document has been obtained from the other signatories and I shall maintain records to support these concurrences for subsequent production for the court if so ordered or for inspection upon request by a party.

/s/ Carl H. Loewenson, Jr.
Carl H. Loewenson, Jr.

Attorneys for Defendant
MAHER KARA

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 8/18/2009

Hon.
United

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

STIPULATION AND [PROPOSED] ORDER
Case No. CR 09 0417 MHP
sf-2727294

2