1  CARL H. LOEWENSON, JR. (*Pro hac vice*)
   CLoewenson@mofo.com
2  MORRISON & FOERSTER LLP
   1290 Avenue of the Americas
3  New York, NY 10104-0050
   Telephone: 212.468.8000
4  Facsimile: 212.468.7900

5  GEORGE C. HARRIS (CA SBN 111074)
   GHarris@mofo.com
6  MARK D. GURSKY (CA SBN 217619)
   MGursky@mofo.com
7  SARAH E. GRISWOLD (CA SBN 240326)
   SGriswold@mofo.com
8  MORRISON & FOERSTER LLP
   425 Street
9  San Francisco, California 94105-2482
   Telephone: 415.268.7000
10 Facsimile: 415.268.7522

11 Attorneys for Defendant
   MAHER KARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>MAHER FAYEZ KARA, MOUNIR FAYEZ KARA (aka MICHAEL F. KARA), EMILE YOUSSEF JILWAN,<br><br>         Defendants. | Case No.   CR 09 0417 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY AMEND MAHER KARA'S BAIL LIMITS** |

1  The United States through its counsel, Assistant United States Attorney Timothy J. Lucey, and defendant, Maher Kara by and through his counsel, Carl H. Loewenson, Jr., hereby stipulate and request an order temporarily amending Maher Kara's bail limits to permit him to take a trip to Chicago and Alsip, Illinois in April 2010.

The parties agree and stipulate to temporarily amend the bail limits pertaining to Maher Kara to permit him to fly to Chicago, Illinois, on Thursday, April 1, 2010, departing at 1:15 p.m. (PST) from San Francisco International Airport ("SFO") on Southwest flight 0755 to Chicago Midway Airport ("MDW"), arriving at 7:25 p.m. (CST).  He will return on Monday, April 12, 2010 departing at 7:05 p.m. (CST) from MDW on Southwest flight 2188 traveling to SFO, arriving at 10:00 p.m. (PST).  Maher Kara's wife, Susie, and two children will be travelling with him.  The purpose of the trip is visit Susie Kara's family so that the kids can spend time with their cousins and grandmother, as well as to baptize Maher and Susie Kara's children.  Maher Kara and his wife and children will stay at the house of Susie Kara's mother, located at 12640 S. Alpine Drive #7, Alsip, IL 60803.

WHEREAS, the parties have agreed to the parameters of the travel described herein;

WHEREAS, the parties have consulted Maher Kara's Pretrial Services Officer, Joshua Libby, and he has consented to the travel requests;

THEREFORE, it is hereby stipulated by and between the parties that the bail limits on Maher Kara's will be temporarily amended to permit the travel detailed herein.

IT IS SO STIPULATED:

Dated: March 12, 2010

JOSEPH P. RUSSONIELLO
United States Attorney


By:   /s/ Timothy J. Lucey
        TIMOTHY J. LUCEY

        Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
Case No. CR 09 0417 MHP
sf-2808632

1

| | | |
|---|---|---|
| 1 | Dated: March 12, 2010 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ Carl H. Loewenson, Jr. |
| | | CARL H. LOEWENSON, JR. |
| 4 | | |
| 5 | | Attorneys for Defendant |
| | | MAHER KARA |

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from the other signatories and I shall maintain records to support these concurrences for subsequent production for the court if so ordered or for inspection upon request by a party.

/s/ Mark D. Gursky
Mark D. Gursky

Attorneys for Defendant
MAHER KARA

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 3/16/2010

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER
Case No. CR 09 0417 MHP
sf-2808632

2