1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ADAM A. REEVES (NYSB 2363877)
   TIMOTHY J. LUCEY (CSBN 172332)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7157 (AUSA Reeves)
      Telephone: (415) 436-7252 (AUSA Lucey)
8     Facsimile: (415) 436-7234
      Adam.Reeves@usdoj.gov
9     Timothy.Lucey@usdoj.gov

10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
11
                      UNITED STATES DISTRICT COURT
12
                     NORTHERN DISTRICT OF CALIFORNIA
13
                           SAN FRANCISCO DIVISION
14

15 UNITED STATES OF AMERICA,            )   Case No. CR 09 – 0417 MHP
                                        )
16        Plaintiff,                    )
                                        )   AMENDED STIPULATION AND
17     v.                               )   [PROPOSED] ORDER
                                        )
18 MAHER FAYEZ KARA, *et al.*,          )
                                        )
19                                      )
          Defendants.                   )
20 _____)

21

22

23        WHEREAS, the government produced approximately 880,000 documents and other

24 materials to counsel for the defendants and defendants' counsel believes that additional time is

25 necessary to review the evidence and pursue resolution of the case prior to setting a trial date;

26        WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable

27 time necessary for effective preparation, taking into account the exercise of due diligence, and

28 under the circumstances the ends of justice served by a reasonable continuance outweigh the best

1  interest of the public and the defendants in a speedy trial;

2  WHEREAS, the defendants all consent to a continuation of this case for the above
3  reasons and all consent to the exclusion of time from April 19, 2010 until June 21, 2010;

4  THEREFORE, it is hereby stipulated by and between the parties, through their respective
5  counsel of record, that the period of time from April 19, 2010 until June 21, 2010, shall be
6  excluded in computing the time within which the trial of the offense alleged in the Indictment
7  must commence under Title 18, United States Code, Section 3161.

8  The parties respectfully request that the Court vacate the status hearing currently
9  scheduled for 10:00 a.m. on April 19, 2010, and reschedule this matter for a Trial and Motions
10  Setting Conference on Monday, June 21, 2010 at 10:00 am.

11  
12                                                                          Respectfully submitted,

13  DATED: April 15, 2010                                   JOSEPH P. RUSSONIELLO
                                                            United States Attorney
14

15                                                                          /S/
                                                            TIMOTHY J. LUCEY
16                                                          Assistant United States Attorney

17

18  DATED: April 15, 2010                                           /S/
                                                            Carl H. Loewenson, Jr.
19                                                          George C. Harris, Esq.
                                                            MORRISON & FOERSTER, LLP
20                                                          Counsel for Maher Kara

21

22  DATED: April 15, 2010                                           /S/
                                                            Miles Ehrlich, Esq.
23                                                          Ismail Ramsey, Esq.
                                                            RAMSEY & EHRLICH LLP
24                                                          Counsel for Mounir Kara

25

26  DATED: April 15, 2010                                           /S/
                                                            William H. Green, Esq.
27                                                          Counsel for Emile Jilwan

28

*United States v. Kara, et al.*, [CR 09 - 0417 MHP]
AMENDED STIPULATION AND[ PROPOSED] ORDER

2

On the basis of material submitted to the Court, **IT IS HEREBY ORDERED:**

The Court finds that the ends of justice served by granting a continuance from April 19, 2010, until June 21, 2010, outweigh the best interests of the public and the defendants in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time from April 19, 2010, until June 21, 2010, should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

The Court vacates the status hearing currently scheduled for 10:00 a.m. on April 19, 2010, and reschedules this matter for a Trial and Motions Setting Conference on Monday, June 21, 2010, at 10:00 am.

**IT IS SO ORDERED.**

**DATED:** 4/16/2010



*United States v. Kara, et al.*, [CR 09 - 0417 MHP]
STIPULATION AND PROPOSED ORDER

3