1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ADAM A. REEVES (NYSB 2363877)
   TIMOTHY J. LUCEY (CSBN 172332)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7157 (AUSA Reeves)
      Telephone: (415) 436-7252 (AUSA Lucey)
8     Facsimile: (415) 436-7234
      Adam.Reeves@usdoj.gov
9     Timothy.Lucey@usdoj.gov

10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
11
                       UNITED STATES DISTRICT COURT
12
                      NORTHERN DISTRICT OF CALIFORNIA
13
                             SAN FRANCISCO DIVISION
14

15 UNITED STATES OF AMERICA,         )    Case No. CR 09 – 0417 MHP
                                     )
16        Plaintiff,                 )
                                     )    STIPULATION AND [PROPOSED]
17     v.                            )    ORDER
                                     )
18 MAHER FAYEZ KARA, *et al.*,       )
                                     )
19                                   )
          Defendants.                )
20 _____    )

21

22

23         WHEREAS, the government produced approximately 880,000 documents and other

24 materials to counsel for the defendants and defendants' counsel believes that additional time is

25 necessary to review the evidence and pursue resolution of the case prior to setting a trial date;

26         WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable

27 time necessary for effective preparation, taking into account the exercise of due diligence, and

28 under the circumstances the ends of justice served by a reasonable continuance outweigh the best

*United States v. Kara, et al.*, [CR 09 - 0417 MHP]
STIPULATION AND[ PROPOSED] ORDER

interest of the public and the defendants in a speedy trial;

WHEREAS, the defendants all consent to a continuation of this case for the above reasons and all consent to the exclusion of time from June 21, 2010 until August 2, 2010;

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the period of time from June 21, 2010 until August 2, 2010, shall be excluded in computing the time within which the trial of the offense alleged in the Indictment must commence under Title 18, United States Code, Section 3161.

The parties respectfully request that the Court vacate the status hearing currently scheduled for 10:00 a.m. on June 25, 2010, and reschedule this matter for a Trial and Motions Setting Conference on Monday, August 2, 2010 at 10:00 a.m.

DATED: June 16, 2010                                  JOSEPH P. RUSSONIELLO
                                                                              United States Attorney


                                                                                          /S/
                                                                              TIMOTHY J. LUCEY
                                                                              Assistant United States Attorney


DATED: June 16, 2010                                               /S/
                                                                              Carl H. Loewenson, Jr.
                                                                              George C. Harris, Esq.
                                                                              MORRISON & FOERSTER, LLP
                                                                              Counsel for Maher Kara


DATED: June 16, 2010                                               /S/
                                                                              Miles Ehrlich, Esq.
                                                                              Ismail Ramsey, Esq.
                                                                              RAMSEY & EHRLICH LLP
                                                                              Counsel for Mounir Kara


DATED: June 16, 2010                                               /S/
                                                                              William H. Green, Esq.
                                                                              Counsel for Emile Jilwan

*United States v. Kara, et al.*, [CR 09 - 0417 MHP]
STIPULATION AND[ PROPOSED] ORDER

1  On the basis of material submitted to the Court, **IT IS HEREBY ORDERED:**

2  The Court finds that the ends of justice served by granting a continuance from June 21, 2010, until August 2, 2010, outweigh the best interests of the public and the defendants in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time from June 21, 2010, until August 2, 2010, should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

The Court vacates the status hearing currently scheduled for 10:00 a.m. on June 25, 2010, and reschedules this matter for a Trial and Motions Setting Conference on Monday, August 2, 2010, at 10:00 a.m.

**IT IS SO ORDERED.**

**DATED:**   June 21, 2010



*United States v. Kara, et al.*, [CR 09 - 0417 MHP]
STIPULATION AND PROPOSED ORDER