JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ADAM A. REEVES (NYSB 2363877)
TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7157 (AUSA Reeves)
   Telephone: (415) 436-7252 (AUSA Lucey)
   Facsimile: (415) 436-7234
   Adam.Reeves@usdoj.gov
   Timothy.Lucey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> MAHER FAYEZ KARA, *et al.*, ) <br> ) <br>     Defendants. ) <br> _____ ) | Case No. CR 09 – 0417 MHP <br><br> STIPULATION AND [~~PROPOSED~~] ORDER |

    WHEREAS, the government produced approximately 880,000 documents and other materials to counsel for the defendants and defendants' counsel believes that additional time is necessary to review the evidence and pursue resolution of the case prior to setting a trial date;

    WHEREAS, the motion regarding defendant Mounir Kara's competency pursuant to the procedures and standards of 18 U.S.C. § 4241 *et seq.* remains pending as to the completion of the evaluation and subsequent report by the Court's appointed medical professional;

1    WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable
2 time necessary for effective preparation, taking into account the exercise of due diligence, and
3 under the circumstances the ends of justice served by a reasonable continuance outweigh the best
4 interest of the public and the defendants in a speedy trial;
5    WHEREAS, the defendants all consent to a continuation of this case for the above
6 reasons and all consent to the exclusion of time from August 2, 2010 until September 27, 2010;
7    THEREFORE, it is hereby stipulated by and between the parties, through their respective
8 counsel of record, that the period of time from August 2, 2010 until September 27, 2010, shall be
9 excluded in computing the time within which the trial of the offense alleged in the Indictment
10 must commence under Title 18, United States Code, Section 3161.
11    The parties respectfully request that the Court vacate the status hearing currently
12 scheduled for 10:00 a.m. on August 2, 2010, and reschedule this matter for a Trial and Motions
13 Setting Conference on Monday, September 27, 2010 at 10:00 a.m.

15 DATED: July 28, 2010                                JOSEPH P. RUSSONIELLO
                                                      United States Attorney

18                                                    _____/S/_____
                                                      TIMOTHY J. LUCEY
                                                      Assistant United States Attorney

20 DATED: July 28, 2010                                _____/S/_____
                                                      Carl H. Loewenson, Jr.
21                                                    George C. Harris, Esq.
                                                      MORRISON & FOERSTER, LLP
22                                                    Counsel for Maher Kara

24 DATED: July 28, 2010                                _____/S/_____
                                                      Miles Ehrlich, Esq.
25                                                    Ismail Ramsey, Esq.
                                                      RAMSEY & EHRLICH LLP
26                                                    Counsel for Mounir Kara

*United States v. Kara, et al.*, [CR 09 - 0417 MHP]
STIPULATION AND[ PROPOSED] ORDER

DATED: July 28, 2010                            /S/
                                          William H. Green, Esq.
                                          Counsel for Emile Jilwan

On the basis of material submitted to the Court, **IT IS HEREBY ORDERED:**

The Court finds that the ends of justice served by granting a continuance from August 2, 2010, until September 27, 2010, outweigh the best interests of the public and the defendants in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time from August 2, 2010, until September 27, 2010, should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

The Court vacates the status hearing currently scheduled for August 2, 2010, at 10:00 a.m., and reschedules this matter for a Trial and Motions Setting Conference on Monday, September 27, 2010, at 10:00 a.m.

**IT IS SO ORDERED.**

**DATED:** 7/30/2010

                                          IT IS SO ORDERED
                                          Judge Marilyn H. Patel

*United States v. Kara, et al.*, [CR 09 - 0417 MHP]
STIPULATION AND PROPOSED ORDER

3