MELINDA HAAG (CSBN 132712)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ADAM A. REEVES (NYSB 2363877)
TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7157 (AUSA Reeves)
    Telephone: (415) 436-7252 (AUSA Lucey)
    Facsimile: (415) 436-7234
    Adam.Reeves@usdoj.gov
    Timothy.Lucey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> MAHER FAYEZ KARA, *et al.*, ) <br> ) <br>     Defendants. ) <br> _____ ) | Case No. CR 09 – 0417 MHP <br><br> STIPULATION AND [PROPOSED] ORDER |

       WHEREAS, the government produced approximately 880,000 documents and other materials to counsel for the defendants and defendants' counsel believes that additional time is necessary to review the evidence and pursue resolution of the case prior to setting a trial date;

       WHEREAS, the motion regarding defendant Mounir Kara's competency pursuant to the procedures and standards of 18 U.S.C. § 4241 *et seq.* remains pending as to the completion of the evaluation and subsequent report by the Court's appointed medical professional;

1  WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable
2  time necessary for effective preparation, taking into account the exercise of due diligence, and
3  under the circumstances the ends of justice served by a reasonable continuance outweigh the best
4  interest of the public and the defendants in a speedy trial;
5  WHEREAS, the defendants all consent to a continuation of this case for the above
6  reasons and all consent to the exclusion of time from September 27, 2010 until December 13,
7  2010;
8  THEREFORE, it is hereby stipulated by and between the parties, through their respective
9  counsel of record, that the period of time from September 27, 2010 until December 13, 2010,
10 shall be excluded in computing the time within which the trial of the offense alleged in the
11 Indictment must commence under Title 18, United States Code, Section 3161.
12 The parties respectfully request that the Court vacate the status hearing currently
13 scheduled for 10:00 a.m. on September 27, 2010, and reschedule this matter for a Trial and
14 Motions Setting Conference on Monday, December 13, 2010 at 10:00 a.m.

DATED: September 23, 2010                    MELINDA HAAG
                                             United States Attorney


                                                   /S/
                                             TIMOTHY J. LUCEY
                                             Assistant United States Attorney

DATED: September 23, 2010                          /S/
                                             Carl H. Loewenson, Jr.
                                             George C. Harris, Esq.
                                             MORRISON & FOERSTER, LLP
                                             Counsel for Maher Kara


DATED: September 23, 2010                          /S/
                                             Miles Ehrlich, Esq.
                                             Ismail Ramsey, Esq.
                                             RAMSEY & EHRLICH LLP
                                             Counsel for Mounir Kara

*United States v. Kara, et al.*, [CR 09 - 0417 MHP]
STIPULATION AND [PROPOSED] ORDER

2

1  DATED: September 23, 2010                    /S/
2                                                William H. Green, Esq.
                                                 Counsel for Emile Jilwan

3        On the basis of material submitted to the Court, **IT IS HEREBY ORDERED:**

4        The Court finds that the ends of justice served by granting a continuance from September
5   27, 2010, until December 13, 2010, outweigh the best interests of the public and the defendants
6   in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes
7   that this exclusion of time from September 27, 2010, until December 13, 2010, should be made
8   under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

9        The Court vacates the status hearing currently scheduled for September 27, 2010, at 10:00
10  a.m., and reschedules this matter for a Trial and Motions Setting Conference on Monday,
    **January 10, 2011**
11  ~~December 13, 2010,~~ at 10:00 a.m.

12       **IT IS SO ORDERED.**

14  **DATED:** 9/24/2010



IT IS SO ORDERED
Judge Marilyn H. Patel

*United States v. Kara, et al.*, [CR 09 - 0417 MHP]
STIPULATION AND PROPOSED ORDER

3