1  CARL H. LOEWENSON, JR. (*pro hac vice*)
   CLoewenson@mofo.com
2  MORRISON & FOERSTER LLP
   1290 Avenue of the Americas
3  New York, NY 10104-0050
   Telephone: (212) 468-8000
4  Facsimile: (212) 468-7900

5  GEORGE C. HARRIS (CA SBN 111074)
   GHarris@mofo.com
6  JUSTIN D. HOOGS (CA SBN 267699)
   JHoogs@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
9  Facsimile: (415) 268-7522

10 Attorneys for Defendant
   MAHER KARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MAHER FAYEZ KARA, MOUNIR FAYEZ KARA (aka MICHAEL F. KARA), EMILE YOUSSEF JILWAN,<br><br>    Defendants. | Case No.  CR-09-0417 MHP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO TEMPORARILY AMEND MAHER KARA'S BAIL LIMITS |

1  The United States through its counsel, Assistant United States Attorney Timothy J. Lucey, and defendant, Maher Kara, by and through his counsel, Justin D. Hoogs, hereby stipulate and request an order temporarily amending Maher Kara's bail limits to permit him to take a trip to Chicago and Alsip, Illinois from December 29, 2010 until January 8, 2011.

The parties agree and stipulate to temporarily amend the bail limits pertaining to Maher Kara to permit him to fly to Chicago, Illinois, on Wednesday, December 29, 2010, departing at 3:15 p.m. (PST) from San Francisco Airport ("SFO") on Southwest flight 1995 to Chicago Midway Airport ("MDW"), arriving at 9:30 p.m. (CST). Mr. Kara will return on Saturday, January 8, 2011, departing at 11:05 a.m. (CST) from MDW on Southwest flight 1730 to SFO, arriving at 2:05 p.m. (PST). Mr. Kara's wife, Susie, and two children will be travelling with him. The purpose of the trip is to visit family. Mr. Kara and his wife and children will stay at the house of Susie Kara's mother, located at 12640 S. Alpine Drive, Unit #7, Alsip, IL 60803.

WHEREAS, the parties have agreed to the parameters of the travel described herein;

WHEREAS, the parties have consulted Maher Kara's Pretrial Services Officer, Joshua Libby, and he has consented to the travel requests;

THEREFORE, it is hereby stipulated by and between the parties that the bail limits on Maher Kara's will be temporarily amended to permit the travel detailed herein.

| | |
|---|---|
| IT IS SO STIPULATED: | |
| Dated: December 10, 2010 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | By: /s/ Timothy J. Lucey<br>TIMOTHY J. LUCEY<br>Assistant United States Attorney |
| Dated: December 10, 2010 | CARL H. LOEWENSON, J.R.<br>GEORGE C. HARRIS<br>JUSTIN D. HOOGS<br>MORRISON & FOERSTER LLP |
| | By: /s/ Justin D. Hoogs<br>JUSTIN D. HOOGS<br>Attorneys for Defendant<br>MAHER KARA |

### GENERAL ORDER 45 ATTESTATION

In accordance with General Order 45, concurrence in the filing of this document has been obtained from the other signatories and I shall maintain records to support these concurrences for subsequent production for the court if so ordered or for inspection upon request by a party.

/s/ Justin D. Hoogs
Justin D. Hoogs

Attorneys for Defendant
MAHER KARA

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 12/22/2010

Hon. Marilyn H. Patel
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY AMEND MAHER KARA'S BAIL LIMITS
Case No. CR-09-0417 MHP
sf-2930023

2