1  CARL H. LOEWENSON, JR. (*pro hac vice*)
   CLoewenson@mofo.com
2  MORRISON & FOERSTER LLP
   1290 Avenue of the Americas
3  New York, NY 10104-0050
   Telephone: (212) 468-8000
4  Facsimile: (212) 468-7900

5  GEORGE C. HARRIS (CA SBN 111074)
   GHarris@mofo.com
6  JUSTIN D. HOOGS (CA SBN 267699)
   JHoogs@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
9  Facsimile: (415) 268-7522

10 Attorneys for Defendant
   MAHER KARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAHER FAYEZ KARA, MOUNIR FAYEZ KARA (aka MICHAEL F. KARA), EMILE YOUSSEF JILWAN,<br><br>Defendants. | Case No.   CR-09-0417 MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY AMEND MAHER KARA'S BAIL LIMITS |

1  The United States through its counsel, Assistant United States Attorney Timothy J. Lucey, and defendant, Maher Kara, by and through his counsel, George C. Harris, hereby stipulate and request an order temporarily amending Maher Kara's bail limits to permit him to take a trip to Chicago and Alsip, Illinois from December 30, 2010 until January 8, 2011.

A prior Order (attached) relating to this trip was signed on December 22, 2010. The Southwest Airlines flight yesterday was cancelled. Mr. Kara has made reservations on United Airlines flight 122 departing at 12:05 p.m. (PST) today. Mr. Kara left a voicemail message for Pretrial Services Officer, Joshua Libby, but has not yet received a response. Mr. Libby had consented to this trip, as reflected in the December 22, 2010, Order.

The parties agree and stipulate to temporarily amend the bail limits pertaining to Maher Kara to permit him to fly to Chicago, Illinois today, December 30, 2010, departing at 12:04 p.m. (PST) from San Francisco Airport ("SFO") on United flight 122 to Chicago O'Hare International Airport ("ORD"). Mr. Kara will return on Saturday, January 8, 2011, departing at 11:05 a.m. (CST) from Chicago Midway Airport ("MDW") on Southwest flight 1730 to SFO, arriving at 2:05 p.m. (PST). Mr. Kara's wife, Susie, and two children will be travelling with him. The purpose of the trip is to visit family. Mr. Kara and his wife and children will stay at the house of Susie Kara's mother, located at 12640 S. Alpine Drive, Unit #7, Alsip, IL 60803.

WHEREAS, the parties have agreed to the parameters of the travel described herein;

WHEREAS, Mr. Kara has attempted to contact his Pretrial Services Officer, Joshua Libby, who had consented to the trip to Chicago, as reflected in this Court's December 22, 2010, Order but has not received a response from Mr. Libby;

WHEREAS, the Assistant United States Attorney Timothy J. Lucey has been contacted and approves of this order;

THEREFORE, it is hereby stipulated by and between the parties that the bail limits on Maher Kara's will be temporarily amended to permit the travel detailed herein.

IT IS SO STIPULATED:

| | |
|---|---|
| Dated: December 30, 2010 | JOSEPH P. RUSSONIELLO<br>United States Attorney<br><br>By: /s/ Timothy J. Lucey<br>     TIMOTHY J. LUCEY<br><br>Assistant United States Attorney |
| Dated: December 30, 2010 | CARL H. LOEWENSON, J.R.<br>GEORGE C. HARRIS<br>JUSTIN D. HOOGS<br>MORRISON & FOERSTER LLP<br><br>By: /s/ George C. Harris<br>     GEORGE C. HARRIS<br><br>Attorneys for Defendant<br>MAHER KARA |

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from the other signatories and I shall maintain records to support these concurrences for subsequent production for the court if so ordered or for inspection upon request by a party.

/s/ George C. Harris
GEORGE C. HARRIS

Attorneys for Defendant
MAHER KARA

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 3 Dec 2010

Hon. Bernard Zimmerman
United States Magistrate Judge