1  MELINDA HAAG (CSBN 132712)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  ADAM A. REEVES (NYSB 2363877)
   TIMOTHY J. LUCEY (CSBN 172332)
5  Assistant United States Attorneys
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7157 (AUSA Reeves)
      Telephone: (415) 436-7252 (AUSA Lucey)
8     Facsimile: (415) 436-7234
      Adam.Reeves@usdoj.gov
9     Timothy.Lucey@usdoj.gov
10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
11
                 UNITED STATES DISTRICT COURT
12
                 NORTHERN DISTRICT OF CALIFORNIA
13
                      SAN FRANCISCO DIVISION
14
15 UNITED STATES OF AMERICA,           )   Case No. CR 09 – 0417 MHP
                                       )
16        Plaintiff,                   )
                                       )   STIPULATION AND [PROPOSED]
17     v.                              )   ORDER
                                       )
18 MAHER FAYEZ KARA, *et al.*,         )
                                       )
19                                     )
          Defendants.                  )
20 _____      )
21
22        WHEREAS, the government produced approximately 880,000 documents and other
23 materials to counsel for the defendants and defendants' counsel believes that additional time is
24 necessary to review the evidence and pursue resolution of the case prior to setting a trial date;
25        WHEREAS, the motion regarding defendant Mounir Kara's competency pursuant to the
26 procedures and standards of 18 U.S.C. § 4241 *et seq.* remains pending as to the completion of the
27 evaluation and subsequent report by the Court's appointed medical professional;
28        WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable

1  time necessary for effective preparation, taking into account the exercise of due diligence, and
2  under the circumstances the ends of justice served by a reasonable continuance outweigh the best
3  interest of the public and the defendants in a speedy trial;
4        WHEREAS, the defendants all consent to a continuation of this case for the above
5  reasons and all consent to the exclusion of time from January 10, 2011 until March 21, 2011;
6        THEREFORE, it is hereby stipulated by and between the parties, through their respective
7  counsel of record, that the period of time from January 10, 2011 until March 21, 2011, shall be
8  excluded in computing the time within which the trial of the offense alleged in the Indictment
9  must commence under Title 18, United States Code, Section 3161.
10       The parties respectfully request that the Court vacate the status hearing currently
11 scheduled for 10:00 a.m. on January 10, 2011, and reschedule this matter for a Trial and Motions
12 Setting Conference on Monday, March 21, 2011 at 10:00 a.m.

14 DATED: January 3, 2011                    MELINDA HAAG
                                             United States Attorney

17                                                  /S/
                                             TIMOTHY J. LUCEY
                                             Assistant United States Attorney

19 DATED: January 3, 2011                           /S/
                                             Carl H. Loewenson, Jr.
20                                           George C. Harris, Esq.
                                             MORRISON & FOERSTER, LLP
21                                           Counsel for Maher Kara

23 DATED: January 3, 2011                           /S/
                                             Miles Ehrlich, Esq.
24                                           Ismail Ramsey, Esq.
                                             RAMSEY & EHRLICH LLP
25                                           Counsel for Mounir Kara

27 DATED: January 3, 2011                           /S/
                                             William H. Green, Esq.
28                                           Counsel for Emile Jilwan

*United States v. Kara, et al.*, [CR 09 - 0417 MHP]
STIPULATION AND[ PROPOSED] ORDER

2

1   On the basis of material submitted to the Court, **IT IS HEREBY ORDERED:**

2   The Court finds that the ends of justice served by granting a continuance from January 10,
3   2011, until March 21, 2011, outweigh the best interests of the public and the defendants in a
4   speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that
5   this exclusion of time from January 10, 2011, until March 21, 2011, should be made under Title
6   18, United States Code, Sections 3161(h)(7)(B)(iv).

7   The Court vacates the status hearing currently scheduled for ~~March 21, 201~~1, at 10:00   *January 10, 201*
8   a.m., and reschedules this matter for a Trial and Motions Setting Conference on Monday, March
9   21, 2011, at 10:00 a.m.

10  **IT IS SO ORDERED.**

12  **DATED:**  1/5/2011



Judge Marilyn H. Patel

*United States v. Kara, et al.*, [CR 09 - 0417 MHP]
STIPULATION AND PROPOSED ORDER

3