CARL H. LOEWENSON, JR. (*pro hac vice*)
CLoewenson@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

GEORGE C. HARRIS (CA SBN 111074)
GHarris@mofo.com
JUSTIN D. HOOGS (CA SBN 267699)
JHoogs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
MAHER KARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MAHER FAYEZ KARA, MOUNIR FAYEZ KARA (aka MICHAEL F. KARA), EMILE YOUSSEF JILWAN,<br><br>　　　　　　Defendants. | Case No.   CR-09-0417 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY AMEND MAHER KARA'S BAIL LIMITS** |

The United States through its counsel, Assistant United States Attorney Timothy J. Lucey, and defendant, Maher Kara, by and through his counsel, Justin D. Hoogs, hereby stipulate and request an order temporarily amending Mr. Kara's bail limits to permit him to take a trip to Chicago and Alsip, Illinois from April 7, 2011 until April 15, 2011.

The parties agree and stipulate to temporarily amend the bail limits pertaining to Mr. Kara to permit him to fly to Chicago, Illinois on Thursday, April 7, 2011, departing at 2:20 p.m. (PST) from San Francisco Airport ("SFO") on Southwest Airlines flight 1583 to Chicago Midway Airport ("MDW"), arriving at 8:30 p.m. (CST). Mr. Kara will return on Friday, April 15, 2011, departing at 2:25 p.m. (CST) from MDW on Southwest Airlines flight 1738 to SFO, arriving at 5:10 p.m. (PST). Mr. Kara's wife, Susie Kara, and two children will be travelling with him. The purpose of the trip is to visit family. Mr. Kara and his wife and children will stay at the house of Susie Kara's mother, located at 12640 S. Alpine Drive, Unit #7, Alsip, IL 60803.

WHEREAS, the parties have agreed to the parameters of the travel described herein;

WHEREAS, the parties have consulted Mr. Kara's Pretrial Services Officer, Joshua Libby, and he has consented to the travel request;

THEREFORE, it is hereby stipulated by and between the parties that the bail limits on Mr. Kara will be temporarily amended to permit the travel detailed herein.

IT IS SO STIPULATED:

Dated: March 7, 2011

MELINDA HAAG
United States Attorney

By:  /s/ Timothy J. Lucey
TIMOTHY J. LUCEY

Assistant United States Attorney

Dated: March 7, 2011

CARL H. LOEWENSON, J.R.
GEORGE C. HARRIS
JUSTIN D. HOOGS
MORRISON & FOERSTER LLP

By:  /s/ Justin D. Hoogs
JUSTIN D. HOOGS

Attorneys for Defendant
MAHER KARA

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from the other signatories and I shall maintain records to support these concurrences for subsequent production for the court if so ordered or for inspection upon request by a party.

/s/ Justin D. Hoogs
JUSTIN D. HOOGS

Attorneys for Defendant
MAHER KARA

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 8 March 2011

Hon. Bernard Zimmerman
United States Magistrate Judge