| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132712) |
| | United States Attorney |
| 2 | |
| | MIRANDA KANE (CABN 150630) |
| 3 | Chief, Criminal Division |
| 4 | ADAM A. REEVES (NYSB 2363877) |
| | TIMOTHY J. LUCEY (CSBN 172332) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7157 (AUSA Reeves) |
| | Telephone: (415) 436-7252 (AUSA Lucey) |
| 8 | Facsimile: (415) 436-7234 |
| | Adam.Reeves@usdoj.gov |
| 9 | Timothy.Lucey@usdoj.gov |
| 10 | Attorneys for Plaintiff |
| | UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 09 – 0417 MHP |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER |
| | ) | |
| MAHER FAYEZ KARA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

WHEREAS, the government produced approximately 880,000 documents and other materials to counsel for the defendants and defendants' counsel believes that additional time is necessary to review the evidence and pursue resolution of the case prior to setting a trial date;

WHEREAS, the motion regarding defendant Mounir Kara's competency pursuant to the procedures and standards of 18 U.S.C. § 4241 *et seq.* will be heard on March 21, 2011 and does not pertain to the other defendants;

*United States v. Kara, et al.*, [CR 09 - 0417 MHP]
STIPULATION AND[ PROPOSED] ORDER

1   WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable
2 time necessary for effective preparation, taking into account the exercise of due diligence, and
3 under the circumstances the ends of justice served by a reasonable continuance outweigh the best
4 interest of the public and the defendants in a speedy trial;
5   WHEREAS, all parties consent to a continuation of the status hearing to set a trial and
6 motions schedule in this case and, for the above reasons, all consent to the exclusion of time
7 from March 21, 2011 until April 25, 2011;
8   THEREFORE, it is hereby stipulated by and between the parties, through their respective
9 counsel of record, that (a) only defendant Mounir Kara and his counsel and counsel for the
10 United States appear for the hearing on March 21, 2011; and (b) the cases for defendants Maher
11 Kara and Emile Jilwan be adjourned to April 25, 2011 at 10:00 a.m.; and (c) the period of time
12 from March 21, 2011 until April 25, 2011 shall be excluded in computing the time within which
13 the trial of the offense alleged in the Indictment must commence under Title 18, United States
14 Code, Section 3161 for all three defendants.

DATED: March 18, 2011

MELINDA HAAG
United States Attorney

/s/
_____
Adam A. Reeves
Assistant United States Attorney

/s/
DATED: March 18, 2011
_____
Carl H. Loewenson, Jr.
George C. Harris, Esq.
MORRISON & FOERSTER, LLP
Counsel for Maher Kara

/s/
DATED: March 18, 2011
_____
Miles Ehrlich, Esq.
Ismail Ramsey, Esq.
RAMSEY & EHRLICH LLP
Counsel for Mounir Kara

*United States v. Kara, et al.*, [CR 09 - 0417 MHP]
STIPULATION AND [PROPOSED] ORDER

2

DATED: March 18, 2011

/s/
_____
William H. Green, Esq.
Counsel for Emile Jilwan

On the basis of material submitted to the Court, **IT IS HEREBY ORDERED:**

The Court finds that the ends of justice are served by (a) ordering the appearance of only defendant Mounir Kara and his counsel and counsel for the United States on March 21, 2011 and adjourning the appearance of the other defendants and counsel until April 25, 2011; (b) adjourning the status hearing for all three defendants from March 21, 2011 until April 25, 2011; and (c) finding that a continuance of the status hearing for all three defendants outweighs the best interests of the public and the defendants in a speedy trial and the prompt disposition of criminal cases. Therefore, the Court concludes that the exclusion of time from March 21, 2011 until April 25, 2011 should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

The Court orders that (a) the motion regarding defendant Mounir Kara's competency pursuant to the procedures and standards of 18 U.S.C. § 4241 *et seq.* be heard on March 21, 2011 at 10:00 a.m; (b) the status hearing currently scheduled for March 21, 2011 at 10:00 a.m. be vacated; and (c) the status hearing to set a trial and motions schedule be rescheduled for all three defendants to April 25, 2011 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: 3/18/2011

HON. MARILYN HALL PATEL
Northern District of California



IT IS SO ORDERED
Judge Marilyn H. Patel

*United States v. Kara, et al.*, [CR 09 - 0417 MHP]
STIPULATION AND PROPOSED ORDER