1  MELINDA HAAG (CSBN 132712)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ADAM A. REEVES (NYSB 2363877)
   TIMOTHY J. LUCEY (CSBN 172332)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7157 (AUSA Reeves)
      Telephone: (415) 436-7252 (AUSA Lucey)
8     Facsimile: (415) 436-7234
      Adam.Reeves@usdoj.gov
9     Timothy.Lucey@usdoj.gov

10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                             SAN FRANCISCO DIVISION
14

15 UNITED STATES OF AMERICA,            )    Case No. CR 09 – 0417 MHP
                                        )
16         Plaintiff,                   )
                                        )    STIPULATION AND [PROPOSED]
17     v.                               )    ORDER
                                        )
18 MAHER FAYEZ KARA, *et al.*,          )
                                        )
19                                      )
           Defendants.                  )
20 _____)

21

22

23        WHEREAS, the government produced approximately 880,000 documents and other

24 materials to counsel for the defendants and defendants' counsel believes that additional time is

25 necessary to review the evidence and pursue resolution of the case prior to setting a trial date;

26        WHEREAS, the government will be making a limited amount of newly-obtained

27 discovery available to counsel for defendants Emile Jilwan and Maher Kara on or about May 5,

28 2011;

*United States v. Kara, et al.*, Case No. CR 09 - 0417 MHP
STIPULATION AND[ PROPOSED] ORDER

WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and under the circumstances the ends of justice served by a reasonable continuance outweigh the best interest of the public and the defendants in a speedy trial;

WHEREAS, all parties consent to a continuation of the status hearing for either a change of plea or to set a trial and motions schedule in this case and, for the above reasons, all consent to the exclusion of time from April 25, 2011 until May 23, 2011;

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the period of time from April 25, 2011 until May 23, 2011 shall be excluded in computing the time within which the trial of the offense alleged in the Indictment must commence under Title 18, United States Code, Section 3161 for all three defendants.

DATED: April 21, 2011
MELINDA HAAG
United States Attorney

/s/
_____
Adam A. Reeves
Assistant United States Attorney

DATED: April 21, 2011
/s/
_____
Carl H. Loewenson, Jr.
George C. Harris, Esq.
MORRISON & FOERSTER, LLP
Counsel for Maher Kara

DATED: April 21, 2011
/s/
_____
Miles Ehrlich, Esq.
Ismail Ramsey, Esq.
RAMSEY & EHRLICH LLP
Counsel for Mounir Kara

DATED: April 21, 2011
/s/
_____
William H. Green, Esq.
Counsel for Emile Jilwan

*United States v. Kara, et al.*, Case No. CR 09 - 0417 MHP
STIPULATION AND[ PROPOSED] ORDER

2

On the basis of material submitted to the Court, **IT IS HEREBY ORDERED:**

The Court finds that the ends of justice are served by finding that a continuance of the status hearing for all three defendants outweighs the best interests of the public and the defendants in a speedy trial and the prompt disposition of criminal cases.  Therefore, the Court concludes that the exclusion of time from April 25, 2011 until May 23, 2011 should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

The Court orders that (a) the status hearing currently scheduled for April 25, 2011 at 10:00 a.m. be vacated; and (b) the hearing for a change of plea or to set a trial and motions schedule be rescheduled for all three defendants to May 23, 2011 at 10:00 a.m.

**IT IS SO ORDERED.**

**DATED:**  4/22/2011



_____
HON. MARILYN HALL PATEL
North
Judge Marilyn H. Patel

*United States v. Kara, et al.*, [CR 09 - 0417 MHP]
STIPULATION AND PROPOSED ORDER