1  MELINDA HAAG (CSBN 132712)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ADAM A. REEVES (NYSB 2363877)
   TIMOTHY J. LUCEY (CSBN 172332)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7157 (AUSA Reeves)
      Telephone: (415) 436-7252 (AUSA Lucey)
8     Facsimile: (415) 436-7234
      Adam.Reeves@usdoj.gov
9     Timothy.Lucey@usdoj.gov

10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15 UNITED STATES OF AMERICA,           )   Case No. CR 09 – 0417 MHP
                                       )
16        Plaintiff,                   )
                                       )   STIPULATION AND [PROPOSED]
17    v.                               )   ORDER
                                       )
18 MAHER FAYEZ KARA, *et al.*,         )
                                       )
19                                     )
          Defendants.                  )
20 _____)

21

22

23        WHEREAS, the government produced approximately 880,000 documents and other

24 materials to counsel for the defendants and defendants' counsel believes that additional time is

25 necessary to review the evidence and pursue resolution of the case prior to setting a trial date;

26        WHEREAS, on or about May 5, 2011, the government made a limited amount of

27 discovery obtained during 2011 available to counsel for defendant Emile Jilwan;

28        WHEREAS, on or about May 20, 2011, the government requested the Court's permission

*United States v. Kara, et al.*, Case No. CR 09 - 0417 MHP
STIPULATION AND [ PROPOSED] ORDER

1  to make other information obtained in 2011 available to counsel for defendants Emile Jilwan and
2  Maher Kara;
3       WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable
4  time necessary for effective preparation, taking into account the exercise of due diligence, and
5  under the circumstances the ends of justice served by a reasonable continuance outweigh the best
6  interest of the public and the defendants in a speedy trial;
7       WHEREAS, defendants Mounir Kara and Maher Kara consent to a continuation of the
8  status hearing for either a change of plea or to set a trial and motions schedule in their cases and,
9  for the above reasons, consent to the exclusion of time from May 23, 2011 to June 13, 2011;
10      WHEREAS, defendant Emile Jilwan consents to a continuation of the status hearing for
11 either a change of plea or to set a trial and motions schedule in his case and, for the above
12 reasons, consents to the exclusion of time from May 23, 2011 to July 18, 2011;
13      THEREFORE, it is hereby stipulated by and between the parties, through their respective
14 counsel of record, that (1) period of time from May 23, 2011 to June 13, 2011 shall be excluded
15 in computing the time within which the trial of the offense alleged in the Indictment must
16 commence under Title 18, United States Code, Section 3161 for defendants Maher Kara and
17 Mounir Kara; and (2) the time from May 23, 2011 to July 11, 2011 shall be excluded in
18 computing the time within which the trial of the offense alleged in the Indictment must
19 commence under Title 18, United States Code, Section 3161 for defendant Emile Jilwan.

DATED: May 20, 2011                MELINDA HAAG
                                   United States Attorney

                                   /s/
                                   _____
                                   Adam A. Reeves
                                   Assistant United States Attorney

                                   /s/
DATED: May 20, 2011                _____
                                   Carl H. Loewenson, Jr.
                                   George C. Harris, Esq.
                                   MORRISON & FOERSTER, LLP
                                   Counsel for Maher Kara

*United States v. Kara, et al.*, Case No. CR 09 - 0417 MHP
STIPULATION AND[ PROPOSED] ORDER

2

| | | |
|---|---|---|
| 1 | | /s/ |
| 2 | DATED: May 20, 2011 | _____ |
| | | Miles Ehrlich, Esq. |
| 3 | | Ismail Ramsey, Esq. |
| | | RAMSEY & EHRLICH LLP |
| 4 | | Counsel for Mounir Kara |
| 5 | | /s/ |
| 6 | DATED: May 20, 2011 | _____ |
| | | William H. Green, Esq. |
| 7 | | Counsel for Emile Jilwan |

*United States v. Kara, et al.*, Case No. CR 09 - 0417 MHP
STIPULATION AND [PROPOSED] ORDER

1   On the basis of material submitted to the Court, **IT IS HEREBY ORDERED:**

2   The Court finds that the ends of justice are served by finding that a continuance of the
3   status hearing for all three defendants outweighs the best interests of the public and the
4   defendants in a speedy trial and the prompt disposition of criminal cases.

5   Therefore, in the cases of defendants Maher Kara and Mounir Kara, the Court concludes
6   that the exclusion of time from May 23, 2011 until June 13, 2011 should be made under Title 18,
7   United States Code, Sections 3161(h)(7)(B)(iv); and, in the case of defendant Emile Jilwan, the
8   Court concludes that the exclusion of time from May 23, 2011 until July 18, 2011 should be
9   made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

10  The Court orders that (a) the status hearing currently scheduled for May 23, 2011 at 10:00
11  a.m. be vacated; (b) in the cases of defendants Maher Kara and Mounir Kara, the hearing for a
12  change of plea or to set a trial and motions schedule be rescheduled to June 13, 2011 at 10:00
13  a.m.; and (c) in the case of defendant Emile Jilwan, the hearing for a change of plea or to set a
14  trial and motions schedule be rescheduled to July 18, 2011 at 10:00 a.m.

15  **IT IS SO ORDERED.**

17  **DATED:** 5/23/2011

**HON.** _____
**Northern**



*United States v. Kara, et al.*, [CR 09 - 0417 MHP]
STIPULATION AND PROPOSED ORDER

4