MELINDA HAAG (CSBN 132712)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ADAM A. REEVES (NYSB 2363877)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7157
   Facsimile: (415) 436-7234
   Adam.Reeves@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> MAHER FAYEZ KARA, *et al.*, ) <br> ) <br>    Defendants. ) <br> ) | Case No. CR 09 – 0417 EMC <br><br> STIPULATION AND [PROPOSED] ORDER |

      WHEREAS, the government produced approximately 880,000 documents and other materials to counsel for the defendants and defendants' counsel believes that additional time is necessary to review the evidence and pursue resolution of the case prior to setting a trial date;

      WHEREAS, on or about May 5, 2011, the government made a limited amount of discovery obtained during 2011 available to counsel for defendant Emile Jilwan;

      WHEREAS, on or about May 23, 2011, Judge Patel had ordered, (1) in the cases of defendants Maher Kara and Mounir Kara, that the time from May 23, 2011 through June 13,

1  2011 should be excluded under Title 18, United States Code, Sections 3161(h)(7)(B)(iv); and (2)
2  in the case of defendant Emile Jilwan, that the time from May 23, 2011 through July 18, 2011
3  should be excluded under Title 18, United States Code, Sections 3161(h)(7)(B)(iv);
4        WHEREAS, on or about May 25, 2011, the government made a limited amount of
5  additional information obtained in 2011 available to counsel for defendants Emile Jilwan and
6  Maher Kara;
7        WHEREAS, on or about June 7, 2011, the United States District Court reassigned this
8  case from Judge Marilyn H. Patel to Judge Edward M. Chen;
9        WHEREAS, on or about June 13, 2011, Judge Chen issued an order (1) adjourning the
10 case involving defendants Maher Kara and Mounir Kara from June 13, 2011 to June 29, 2011 for
11 a status conference; and (2) adjourning the case involving defendant Emile Jilwan from July 18,
12 2011 to July 20, 2011 for a status conference;
13       WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable
14 time necessary for effective preparation, taking into account the exercise of due diligence, and
15 under the circumstances the ends of justice served by a reasonable continuance outweigh the best
16 interest of the public and the defendants in a speedy trial;
17       WHEREAS, defendants Mounir Kara and Maher Kara consent to the exclusion of time
18 from June 13, 2011 to June 29, 2011;
19       WHEREAS, defendant Emile Jilwan consents to the exclusion of time from July 18,
20 2011 to July 20, 2011;
21       WHEREAS, the United States consents to waiving the appearance of defendants Maher
22 Kara and Mounir Kara for the June 29, 2011 status conference;
23       THEREFORE, it is hereby stipulated by and between the parties, through their respective
24 counsel of record, that (1) period of time from June 13, 2011 to June 29, 2011 shall be excluded
25 in computing the time within which the trial of the offense alleged in the Indictment must
26 commence under Title 18, United States Code, Section 3161 for Maher Kara and Mounir Kara
27 and that the appearance of the defendants Maher Kara and Mounir Kara shall be waived on June
28 29, 2011; and (2) the time from July 18, 2011 to July 20, 2011 shall be excluded in computing

1 | the time within which the trial of the offense alleged in the Indictment must commence under
2 | Title 18, United States Code, Section 3161 for defendant Emile Jilwan.

4 | DATED: June 16, 2011　　　　　　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　_____
7 | 　　　　　　　　　　　　　　　　　　　　　　　Adam A. Reeves
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
9 | DATED: June 16, 2011　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Carl H. Loewenson, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　George C. Harris, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　MORRISON & FOERSTER, LLP
　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Maher Kara

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
13 | DATED: June 16, 2011　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　Miles Ehrlich, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Ismail Ramsey, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　RAMSEY & EHRLICH LLP
　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Mounir Kara

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
17 | DATED: June 16, 2011　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　William H. Green, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Emile Jilwan

On the basis of material submitted to the Court,

**IT IS HEREBY ORDERED** that:

The ends of justice are served by finding that a continuance of the status hearing for all three defendants outweighs the best interests of the public and the defendants in a speedy trial and the prompt disposition of criminal cases;

In the cases of defendants Maher Kara and Mounir Kara, the Court concludes that the exclusion of time from June 13, 2011 until June 29, 2011 should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv) and the appearance of defendants Maher Kara and Mounir Kara should be waived for this June 29, 2011 status conference;

In the case of defendant Emile Jilwan, the Court concludes that the exclusion of time from July 18, 2011 until July 20, 2011 should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv) and defendant Emile Jilwan is required to appear at the July 20, 2011 status conference;

**IT IS SO ORDERED.**

**DATED:**     6/20/11



*United States v. Kara, et al.*, Case No. CR 09 - 0417 EMC
STIPULATION AND[ PROPOSED] ORDER

4