1  CARL H. LOEWENSON, JR. (*pro hac vice*)
   CLoewenson@mofo.com
2  MORRISON & FOERSTER LLP
   1290 Avenue of the Americas
3  New York, NY 10104-0050
   Telephone: (212) 468-8000
4  Facsimile: (212) 468-7900

5  GEORGE C. HARRIS (CA SBN 111074)
   GHarris@mofo.com
6  JUSTIN D. HOOGS (CA SBN 267699)
   JHoogs@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
9  Facsimile: (415) 268-7522

10 Attorneys for Defendant
   MAHER KARA

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15 | UNITED STATES OF AMERICA, | Case No.  CR-09-0417 EMC |
16 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY AMEND MAHER KARA'S BAIL LIMITS** |
17 | v. | |
18 | MAHER FAYEZ KARA, *et al.*, | |
19 | Defendants. | |

1

2   Defendant, Maher Kara, by and through his counsel, Justin D. Hoogs, hereby stipulates
3   and requests an order temporarily amending Mr. Kara's bail terms of release to permit him to take
4   a trip to Phoenix and Scottsdale, Arizona from July 14, 2011 until July 19, 2011. The United
5   States through its counsel, Assistant United States Attorney Adam A. Reeves, has no objection to
6   that request and stipulates to the form of the order.

7   The parties agree and stipulate to temporarily amend the terms of Mr. Kara's release to
8   permit him to fly to Phoenix, Arizona on Thursday, July 14, 2011, departing at 6:45 p.m. (PDT)
9   from San Francisco International Airport ("SFO") on Southwest Airlines flight 2995 to Phoenix
10  Sky Harbor International Airport ("PHX"), arriving at 8:40 p.m. (MST). Mr. Kara will return on
11  Tuesday, July 19, 2011, departing at 12:55 p.m. (MST) from PHX on Southwest Airlines flight
12  828 to SFO, arriving at 2:50 p.m. (PDT). Mr. Kara's son, Alexander Kara, will be travelling with
13  him. The purpose of the trip is to visit family friend Jonathan Mauck. Mr. Kara and his son will
14  stay at the house of Mr. Mauck, located at 7161 E. Rancho Vista Drive #5001, Scottsdale,
15  Arizona 85251.

16  WHEREAS, the parties have agreed to the parameters of the travel described herein;
17  WHEREAS, the parties have consulted Mr. Kara's Pretrial Services Officer, Joshua
18  Libby, and he has consented to the travel request;
19  THEREFORE, it is hereby stipulated by and between the parties that the bail limits on Mr.
20  Kara will be temporarily amended to permit the travel detailed herein.

21
22
23
24
25
26
27
28

1

2   IT IS SO STIPULATED:

3   Dated: July 1, 2011                    MELINDA HAAG
                                           United States Attorney
4

5
                                           By:   /s/ Adam A. Reeves
6                                                ADAM A. REEVES

7                                          Assistant United States Attorney

8   Dated: July 1, 2011                    CARL H. LOEWENSON, JR.
                                           GEORGE C. HARRIS
9                                          JUSTIN D. HOOGS
                                           MORRISON & FOERSTER LLP
10

11
                                           By:   /s/ Justin D. Hoogs
12                                               JUSTIN D. HOOGS

13                                         Attorneys for Defendant
                                           MAHER KARA
14

15                          **GENERAL ORDER 45 ATTESTATION**

16        In accordance with General Order 45, concurrence in the filing of this document has been

17  obtained from the other signatories and I shall maintain records to support these concurrences for

18  subsequent production for the court if so ordered or for inspection upon request by a party.

19
                                           /s/ Justin D. Hoogs
20                                         JUSTIN D. HOOGS

21                                         Attorneys for Defendant
                                           MAHER KARA
22

23  Pursuant to Stipulation, IT IS SO ORDERED.

24
25  Dated: 5 July '11                      _____
                                           Hon. Bernard Zimmerman
26                                         United States Magistrate Judge

27

28