1  CARL H. LOEWENSON, JR. (*pro hac vice*)
   CLoewenson@mofo.com
2  MORRISON & FOERSTER LLP
   1290 Avenue of the Americas
3  New York, NY 10104-0050
   Telephone: (212) 468-8000
4  Facsimile: (212) 468-7900

5  GEORGE C. HARRIS (CA SBN 111074)
   GHarris@mofo.com
6  JUSTIN D. HOOGS (CA SBN 267699)
   JHoogs@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
9  Facsimile: (415) 268-7522

10 Attorneys for Defendant
   MAHER KARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAHER FAYEZ KARA, *et al.*,<br><br>Defendants. | Case No.   CR-09-0417 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY AMEND MAHER KARA'S BAIL LIMITS** |

1   Defendant, Maher Kara, by and through his counsel, Justin D. Hoogs, hereby stipulates
2   and requests an order temporarily amending Mr. Kara's bail terms of release to permit him to take
3   a trip to Phoenix and Scottsdale, Arizona from July 14, 2011 until July 19, 2011. The United
4   States through its counsel, Assistant United States Attorney Adam A. Reeves, has no objection to
5   that request and stipulates to the form of the order.
6   The parties agree and stipulate to temporarily amend the terms of Mr. Kara's release to
7   permit him to fly to Phoenix, Arizona on Thursday, July 14, 2011, departing at 6:45 p.m. (PDT)
8   from San Francisco International Airport ("SFO") on Southwest Airlines flight 2995 to Phoenix
9   Sky Harbor International Airport ("PHX"), arriving at 8:40 p.m. (MST). Mr. Kara will return on
10  Tuesday, July 19, 2011, departing at 12:55 p.m. (MST) from PHX on Southwest Airlines flight
11  828 to SFO, arriving at 2:50 p.m. (PDT). Mr. Kara's son, Alexander Kara, will be travelling with
12  him. The purpose of the trip is to visit family friend Jonathan Mauck. Mr. Kara and his son will
13  stay at the house of Mr. Mauck, located at 7161 E. Rancho Vista Drive #5001, Scottsdale,
14  Arizona 85251.
15  WHEREAS, the parties have agreed to the parameters of the travel described herein;
16  WHEREAS, the parties have consulted Mr. Kara's Pretrial Services Officer, Joshua
17  Libby, and he has consented to the travel request;
18  THEREFORE, it is hereby stipulated by and between the parties that the bail limits on Mr.
19  Kara will be temporarily amended to permit the travel detailed herein.

STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY AMEND MAHER KARA'S BAIL LIMITS            1
Case No. CR-09-0417 EMC
sf-3013310

1  IT IS SO STIPULATED:

2  Dated: July 1, 2011                    MELINDA HAAG
3                                          United States Attorney

4
                                          By:  /s/ Adam A. Reeves
5                                              ADAM A. REEVES

6                                          Assistant United States Attorney

7  Dated: July 1, 2011                    CARL H. LOEWENSON, JR.
                                          GEORGE C. HARRIS
8                                          JUSTIN D. HOOGS
                                          MORRISON & FOERSTER LLP
9

10
                                          By:  /s/ Justin D. Hoogs
11                                             JUSTIN D. HOOGS

12                                         Attorneys for Defendant
                                          MAHER KARA
13

14                    **GENERAL ORDER 45 ATTESTATION**

15     In accordance with General Order 45, concurrence in the filing of this document has been

16  obtained from the other signatories and I shall maintain records to support these concurrences for

17  subsequent production for the court if so ordered or for inspection upon request by a party.

18
                                          /s/ Justin D. Hoogs
19                                        JUSTIN D. HOOGS

20                                        Attorneys for Defendant
                                          MAHER KARA
21

22  Pursuant to Stipulation, IT IS SO ORDERED.

23
24  Dated: 11 July '11                    _____
                                          Hon. Bernard Zimmerman
25                                        United States Magistrate Judge

26
27
28

STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY AMEND MAHER KARA'S BAIL LIMITS          2
Case No. CR-09-0417 EMC
sf-3013310