1  CARL H. LOEWENSON, JR. (*pro hac vice*)
   CLoewenson@mofo.com
2  MORRISON & FOERSTER LLP
   1290 Avenue of the Americas
3  New York, NY 10104-0050
   Telephone: (212) 468-8000
4  Facsimile: (212) 468-7900

5  GEORGE C. HARRIS (CA SBN 111074)
   GHarris@mofo.com
6  JUSTIN D. HOOGS (CA SBN 267699)
   JHoogs@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
9  Facsimile: (415) 268-7522

10 Attorneys for Defendant
   MAHER KARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-09-0417 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY AMEND MAHER KARA'S BAIL LIMITS** |
| v. | |
| MAHER FAYEZ KARA, *et al.*, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY AMEND MAHER KARA'S BAIL LIMITS
Case No. CR-09-0417 EMC
sf-3013310

1  Defendant, Maher Kara, by and through his counsel, Justin D. Hoogs, hereby stipulates
2  and requests an order temporarily amending Mr. Kara's bail terms of release to permit him to take
3  a trip to Phoenix and Scottsdale, Arizona from July 14, 2011 until July 19, 2011. The United
4  States through its counsel, Assistant United States Attorney Adam A. Reeves, has no objection to
5  that request and stipulates to the form of the order.

6  The parties agree and stipulate to temporarily amend the terms of Mr. Kara's release to
7  permit him to fly to Phoenix, Arizona on Thursday, July 14, 2011, departing at 6:45 p.m. (PDT)
8  from San Francisco International Airport ("SFO") on Southwest Airlines flight 2995 to Phoenix
9  Sky Harbor International Airport ("PHX"), arriving at 8:40 p.m. (MST). Mr. Kara will return on
10 Tuesday, July 19, 2011, departing at 12:55 p.m. (MST) from PHX on Southwest Airlines flight
11 828 to SFO, arriving at 2:50 p.m. (PDT). Mr. Kara's son, Alexander Kara, will be travelling with
12 him. The purpose of the trip is to visit family friend Jonathan Mauck. Mr. Kara and his son will
13 stay at the house of Mr. Mauck, located at 7161 E. Rancho Vista Drive #5001, Scottsdale,
14 Arizona 85251.

15 WHEREAS, the parties have agreed to the parameters of the travel described herein;
16 WHEREAS, the parties have consulted Mr. Kara's Pretrial Services Officer, Joshua
17 Libby, and he has consented to the travel request;
18 THEREFORE, it is hereby stipulated by and between the parties that the bail limits on Mr.
19 Kara will be temporarily amended to permit the travel detailed herein.

1  IT IS SO STIPULATED:

2  Dated: July 1, 2011

                              MELINDA HAAG
                              United States Attorney

                              By: /s/ Adam A. Reeves
                                      ADAM A. REEVES

                              Assistant United States Attorney

Dated: July 1, 2011

                              CARL H. LOEWENSON, JR.
                              GEORGE C. HARRIS
                              JUSTIN D. HOOGS
                              MORRISON & FOERSTER LLP

                              By: /s/ Justin D. Hoogs
                                      JUSTIN D. HOOGS

                              Attorneys for Defendant
                              MAHER KARA

### GENERAL ORDER 45 ATTESTATION

In accordance with General Order 45, concurrence in the filing of this document has been obtained from the other signatories and I shall maintain records to support these concurrences for subsequent production for the court if so ordered or for inspection upon request by a party.

                              /s/ Justin D. Hoogs
                              JUSTIN D. HOOGS

                              Attorneys for Defendant
                              MAHER KARA

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 14 July 2011

                              Hon. Bernard Zimmerman
                              United States Magistrate Judge