CARL H. LOEWENSON, JR. (*pro hac vice*)
CLoewenson@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

GEORGE C. HARRIS (CA SBN 111074)
GHarris@mofo.com
JUSTIN D. HOOGS (CA SBN 267699)
JHoogs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
MAHER KARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>MAHER FAYEZ KARA, *et al.*,<br><br>           Defendants. | Case No.   CR-09-0417 EMC<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER REGARDING STATUS CONFERENCE** |

1   WHEREAS, Maher Kara and the United States Attorney's Office for the Northern District
2  of California entered into a written plea agreement pursuant to Rules 11(c)(1)(A) and 11(c)(1)(B)
3  of the Federal Rules of Criminal Procedure on July 6, 2011;

4   WHEREAS, the Court held a change of plea hearing on July 6, 2011 and set a status
5  conference for December 14, 2011 at 2:30 p.m.;

6   WHEREAS, the parties agreed to defer the sentencing report process as reflected in the
7  criminal minutes of the July 6, 2011 change of plea hearing;

8   WHEREAS, there has been no change in status with respect to Maher Kara and the parties
9  continue to agree to defer the sentencing report process;

10   WHEREAS, the parties agree that Maher Kara's presence is not required at the status
11  conference set for December 14, 2011 at 2:30 p.m. pursuant to Rule 43(b)(3) of the Federal Rules
12  of Criminal Procedure;

13   THEREFORE, it is hereby stipulated by and between the parties that Maher Kara's
14  appearance at the status conference set for December 14, 2011 at 2:30 p.m. is waived.

1  IT IS SO STIPULATED:

2  Dated:  December 8, 2011                MELINDA HAAG
3                                                                United States Attorney

4
                                                         By:  /s/ *Adam A. Reeves*
5                                                                ADAM A. REEVES

6                                                                Assistant United States Attorney

7  Dated:  December 8, 2011                CARL H. LOEWENSON, JR.
                                                                GEORGE C. HARRIS
8                                                                JUSTIN D. HOOGS
                                                                MORRISON & FOERSTER LLP
9

10
                                                         By:  /s/ *George C. Harris*
11                                                                GEORGE C. HARRIS

12                                                                Attorneys for Defendant
                                                                MAHER KARA
13

14
15  Pursuant to Stipulation, IT IS SO ORDERED.

16
17  Dated: _____12/12/11_____      _____
                                                                HON. EDWARD M. CHEN
18                                                                United States District Judge
                                                                Northern District of California
19

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[STAMP: IT IS SO ORDERED / Judge Edward M. Chen]

STIPULATION AND [PROPOSED] ORDER REGARDING STATUS CONFERENCE         2
Case No. CR-09-0417 EMC
sf-3081044

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from the other signatories and I shall maintain records to support these concurrences for subsequent production for the court if so ordered or for inspection upon request by a party.

/s/ *George C. Harris*
GEORGE C. HARRIS

Attorneys for Defendant
MAHER KARA

STIPULATION AND [PROPOSED] ORDER REGARDING STATUS CONFERENCE
Case No. CR-09-0417 EMC
sf-3081044

3