1  CARL H. LOEWENSON, JR. (*pro hac vice*)
   CLoewenson@mofo.com
2  MORRISON & FOERSTER LLP
   1290 Avenue of the Americas
3  New York, New York 10104-0050
   Telephone: (212) 468-8000
4  Facsimile: (212) 468-7900

5  GEORGE C. HARRIS (CA SBN 111074)
   GHarris@mofo.com
6  JUSTIN D. HOOGS (CA SBN 267699)
   JHoogs@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
9  Facsimile: (415) 268-7522

10 Attorneys for Defendant
   MAHER KARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 09-CR-00417-EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY AMEND MAHER KARA'S BAIL LIMITS** |
| v. | |
| MAHER FAYEZ KARA, *et al.*, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY AMEND MAHER KARA'S BAIL LIMITS
Case No. 09-CR-00417-EMC
sf-3098000

Defendant, Maher Kara, by and through his counsel, Justin D. Hoogs, hereby stipulates and requests an order temporarily amending Mr. Kara's bail terms of release to permit him to take a trip to Phoenix, Arizona from February 2, 2012 until February 5, 2012; and a trip to Chicago and Alsip, Illinois from April 13, 2012 until April 24, 2012. The United States through its counsel, Assistant United States Attorney Adam A. Reeves, has no objection to this request and stipulates to the form of the order.

The parties agree and stipulate to temporarily amend the terms of Mr. Kara's release to permit him to fly to Phoenix, Arizona on Thursday, February 2, 2012, departing at 12:40 p.m. (PST) from San Francisco International Airport ("SFO") on Southwest Airlines flight 2376 to Phoenix Sky Harbor International Airport ("PHX"), arriving at 3:40 p.m. (MST). Mr. Kara will return on Sunday, February 5, 2012, departing at 4:50 p.m. (MST) from PHX on Southwest Airlines flight 573 to SFO, arriving at 5:55 p.m. (PST). The purpose of the trip is business and to visit family friend Jonathan Mauck. Mr. Kara will stay at the house of Mr. Mauck, located at 7161 E. Rancho Vista Drive #5001, Scottsdale, Arizona 85251.

The parties agree and stipulate to temporarily amend the terms of Mr. Kara's release to permit him to fly to Chicago, Illinois on Friday, April 13, 2012, departing at 1:30 p.m. (PDT) from San Francisco International Airport ("SFO") on Southwest Airlines flight 383 to Chicago Midway Airport ("MDW"), arriving at 7:40 p.m. (CDT). Mr. Kara will return on Tuesday, April 24, 2012, departing at 12:05 p.m. (CDT) from MDW on Southwest Airlines flight 168 to SFO, arriving at 2:55 p.m. (PDT). Mr. Kara's wife, Susie, and two children will be traveling with him. The purpose of the trip is to visit family. Mr. Kara and his wife and children will stay at the house of Susie Kara's mother, located at 12640 S. Alpine Drive, Unit #7, Alsip, Illinois 60803.

WHEREAS, the parties have agreed to the parameters of the travel described herein;

WHEREAS, the parties have consulted Mr. Kara's Pretrial Services Officer, Joshua Libby, and he has consented to the travel requests;

THEREFORE, it is hereby stipulated by and between the parties that the bail limits on Mr. Kara will be temporarily amended to permit the travel detailed herein.

IT IS SO STIPULATED:

Dated: January 26, 2012					MELINDA HAAG
							United States Attorney


							By:  /s/ *Adam A. Reeves*
							      ADAM A. REEVES

							Assistant United States Attorney

Dated: January 26, 2012					CARL H. LOEWENSON, JR.
							GEORGE C. HARRIS
							JUSTIN D. HOOGS
							MORRISON & FOERSTER LLP


							By:  /s/ *Justin D. Hoogs*
							      JUSTIN D. HOOGS

							Attorneys for Defendant
							MAHER KARA

## GENERAL ORDER 45 ATTESTATION

In accordance with General Order 45, concurrence in the filing of this document has been obtained from the other signatories and I shall maintain records to support these concurrences for subsequent production for the court if so ordered or for inspection upon request by a party.

							/s/ *Justin D. Hoogs*
							JUSTIN D. HOOGS

							Attorneys for Defendant
							MAHER KARA

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 26 Jan 2012					    _____
							Hon. Bernard Zimmerman
							United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY AMEND MAHER KARA'S BAIL LIMITS
Case No. 09-CR-00417-EMC
sf-3098000

2