MELINDA HAAG (CSBN 132712)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ADAM A. REEVES (NYSB 2363877)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7157
   Facsimile: (415) 436-7234
   Adam.Reeves@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>  v. )<br>)<br>MAHER FAYEZ KARA, and )<br>MOUNIR FAYEZ KARA )<br>(also known as MICHAEL F. KARA), )<br>)<br>   Defendants. ) | Case No. CR 09 – 0417 EMC<br><br>STIPULATION AND<br>[P~~RO~~POSED] ORDER |

     WHEREAS, on July 6, 2011, Maher Kara pled guilty and agreed to cooperate with the government's ongoing insider trading investigation;

     WHEREAS, on July 13, 2011, Mounir Kara pled guilty and agreed to cooperate with the government's ongoing insider trading investigation;

     WHEREAS, on September 1, 2011, Bassam Yacoub Salman was indicted on charges related to this insider trading scheme;

     WHEREAS, on May 9, 2012, the Court scheduled trial in *United States v. Salman* to begin on March 4, 2013;

*United States v. Kara, et al.*, Case No. CR 09 - 0417 EMC
STIPULATION AND [PROPOSED] ORDER

1    WHEREAS, the parties (1) now anticipate that Maher Kara and Mounir Kara will both be
2 witnesses for the government in the upcoming trial pursuant to their respective cooperation
3 agreements; (2) request that the sentencing hearings for their respective cases be adjourned until
4 after the March 4, 2013 trial so they may complete their cooperation; and (3) request that the
5 status conference in these cases therefore be postponed to a date that is convenient for the Court
6 in December 2012.
7    THEREFORE, it is hereby stipulated by and between the parties, through their respective
8 counsel of record, that the time from July 20, 2011 to a date that is convenient for the Court in
9 December 2012 shall be excluded in computing the time within which the trial of the offense
10 alleged in the Indictment must commence under Title 18, United States Code, Section 3161 for
11 defendants Maher Kara and Mounir Kara.

12 DATED: June 19, 2012                MELINDA HAAG
                                       United States Attorney

14                                     /s/
                                       _____
15                                     Adam A. Reeves
                                       Assistant United States Attorney

                                       /s/
17 DATED: June 19, 2012                _____
                                       Carl H. Loewenson, Jr.
18                                     George C. Harris, Esq.
                                       MORRISON & FOERSTER, LLP
19                                     Counsel for Maher Kara

                                       /s/
21 DATED: June 19, 2012                _____
                                       Miles Ehrlich, Esq.
22                                     Ismail Ramsey, Esq.
                                       RAMSEY & EHRLICH LLP
23                                     Counsel for Mounir Kara

On the basis of material submitted to the Court,

**IT IS HEREBY ORDERED** that:

The ends of justice are served by finding that a continuance of the status hearing for defendants Maher Kara and Mounir Kara from June 20, 2012 to December 12, 2012 outweighs the best interests of the public and the defendants in a speedy trial and the prompt disposition of criminal cases and the Court concludes that the exclusion of time from June 20, 2012 to December 12, 2012 should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

**DATED:** June 20, 2012



_____
HON. EDWARD M. CHEN
United States District Judge
Northern District of California

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

*United States v. Kara, et al.*, Case No. CR 09 - 0417 EMC
STIPULATION AND[ PROPOSED] ORDER

3