1  CARL H. LOEWENSON, JR. (*pro hac vice*)
   CLoewenson@mofo.com
2  MORRISON & FOERSTER LLP
   1290 Avenue of the Americas
3  New York, New York 10104-0050
   Telephone: (212) 468-8000
4  Facsimile: (212) 468-7900

5  GEORGE C. HARRIS (CA SBN 111074)
   GHarris@mofo.com
6  JUSTIN D. HOOGS (CA SBN 267699)
   JHoogs@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
9  Facsimile: (415) 268-7522

10 Attorneys for Defendant
   MAHER KARA

11
                        UNITED STATES DISTRICT COURT
12
                      NORTHERN DISTRICT OF CALIFORNIA
13
                           SAN FRANCISCO DIVISION
14

15

16 | UNITED STATES OF AMERICA,          | Case No.   09-CR-00417-EMC |
   |              Plaintiff,            | **STIPULATION AND** |
17 |                                    | **[PROPOSED] ORDER TO** |
   |        v.                          | **AMEND MAHER KARA'S** |
18 |                                    | **CONDITIONS OF RELEASE** |
   | MAHER FAYEZ KARA, *et al.*,        |                            |
19 |              Defendants.           |                            |

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO AMEND MAHER KARA'S CONDITIONS OF RELEASE
Case No. 09-CR-00417-EMC
sf-3165991

1  Defendant Maher Kara, by and through his counsel, George C. Harris, respectfully moves
2  the Court to amend the conditions of Mr. Kara's release, pursuant to 18 U.S.C. § 3145(a)(2), to
3  permit Mr. Kara to travel within the United States without prior authorization of the Court,
4  provided that Mr. Kara advises Pretrial Services when he travels outside the Northern District of
5  California.  The United States through its counsel, Assistant United States Attorney Adam A.
6  Reeves, has no objection to amending Mr. Kara's conditions of release and stipulates to the form
7  of the order.
8  WHEREAS, by order of the Court dated April 30, 2009, Mr. Kara was released on the
9  condition that he not travel outside the Northern District of California;
10 WHEREAS, on July 6, 2011, Mr. Kara pled guilty and agreed to cooperate with the
11 government's ongoing investigation;
12 WHEREAS, Mr. Kara needs to travel outside the Northern District of California to pursue
13 employment opportunities;
14 WHEREAS, the parties have consulted with Mr. Kara's Pretrial Services Officer, Joshua
15 Libby, and Mr. Libby assents to this amendment of Mr. Kara's conditions of release;
16 WHEREAS, Mr. Kara will abide by all other conditions of his release and any other
17 additional conditions the Court and Pretrial Services may deem appropriate;
18 THEREFORE, it is hereby stipulated by and between the parties that the conditions of Mr.
19 Kara's release are amended to permit Mr. Kara to travel within the continental United States
20 without prior authorization of the Court, provided that Mr. Kara advises Pretrial Services when he
21 travels outside the Northern District of California.
22 IT IS SO STIPULATED:
23 Dated:  July 6, 2012

MELINDA HAAG
United States Attorney

By:  /s/ *Adam A. Reeves*
ADAM A. REEVES

Assistant United States Attorney

Dated: July 6, 2012

CARL H. LOEWENSON, JR.
GEORGE C. HARRIS
JUSTIN D. HOOGS
MORRISON & FOERSTER LLP

By: /s/ *George C. Harris*
GEORGE C. HARRIS

Attorneys for Defendant
MAHER KARA

### GENERAL ORDER 45 ATTESTATION

In accordance with General Order 45, concurrence in the filing of this document has been obtained from the other signatories and I shall maintain records to support these concurrences for subsequent production for the court if so ordered or for inspection upon request by a party.

/s/ *George C. Harris*
GEORGE C. HARRIS

Attorneys for Defendant
MAHER KARA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 10, 2012

_____
Hon. Maria-Elena James
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO AMEND MAHER KARA'S CONDITIONS OF RELEASE
Case No. 09-CR-00417-EMC
sf-3165991

2