MELINDA HAAG (CSBN 132712)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ADAM A. REEVES (NYSB 2363877)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   Adam.Reeves@usdoj.gov
   Robert.Leach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 09 – 0417 EMC |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | [PROPOSED] ORDER |
| v. ) | |
| ) | |
| MAHER FAYEZ KARA, and ) | |
| MOUNIR FAYEZ KARA ) | |
| (also known as MICHAEL F. KARA), ) | |
| ) | |
| Defendants. ) | |

     WHEREAS, on July 6, 2011, Maher Kara pled guilty and agreed to cooperate with the government's ongoing insider trading investigation;

     WHEREAS, on July 13, 2011, Mounir Kara pled guilty and agreed to cooperate with the government's ongoing insider trading investigation;

     WHEREAS, on September 1, 2011, Bassam Yacoub Salman was indicted on charges related to this insider trading scheme;

*United States v. Kara, et al.*, Case No. CR 09 - 0417 EMC
STIPULATION AND [PROPOSED] ORDER

1  WHEREAS, on May 9, 2012, the Court scheduled trial in *United States v. Salman* to
2  begin on March 4, 2013;
3  WHEREAS, the parties (1) now anticipate that Maher Kara and Mounir Kara will both be
4  witnesses for the government in the upcoming trial pursuant to their respective cooperation
5  agreements; (2) request that the sentencing hearings for their respective cases be adjourned until
6  after the March 4, 2013 trial so they may complete their cooperation; and (3) request that the
7  status conference in these cases now scheduled for December 12, 2012 at 2:30 p.m. therefore be
8  postponed to a date that is convenient for the Court in June 2013.
9  THEREFORE, it is hereby stipulated by and between the parties, through their respective
10 counsel of record, that the time from December 12, 2012 to a date that is convenient for the
11 Court in June 2013 shall be excluded in computing the time within which the trial of the offense
12 alleged in the Indictment must commence under Title 18, United States Code, Section 3161 for
13 defendants Maher Kara and Mounir Kara.

14 DATED: December 11, 2012               MELINDA HAAG
                                         United States Attorney

16                                       /s/
                                         _____
17                                       Robert S. Leach
                                         Assistant United States Attorneys

                                         /s/
19 DATED: December 11, 2012               _____
                                         Carl H. Loewenson, Jr.
20                                       George C. Harris, Esq.
                                         MORRISON & FOERSTER, LLP
21                                       Counsel for Maher Kara

                                         /s/
23 DATED: December 11, 2012               _____
                                         Miles Ehrlich, Esq.
24                                       Ismail Ramsey, Esq.
                                         RAMSEY & EHRLICH LLP
25                                       Counsel for Mounir Kara

1    On the basis of material submitted to the Court,

2    **IT IS HEREBY ORDERED** that:

3    The ends of justice are served by finding that a continuance of the status hearing for
4 defendants Maher Kara and Mounir Kara from December 12, 2012 to June 19, 2013 outweighs
5 the best interests of the public and the defendants in a speedy trial and the prompt disposition of
6 criminal cases and the Court concludes that the exclusion of time from December 12, 2012 to
7 June 19, 2013  should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

10    **DATED:**   12/12/12



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

*United States v. Kara, et al.*, Case No. CR 09 - 0417 EMC
STIPULATION AND[ PROPOSED] ORDER

3