MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ADAM A. REEVES (NYSB 2363877)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   Adam.Reeves@usdoj.gov
   Robert.Leach@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-417 EMC |
|    Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
|    v. | |
| MAHER FAYEZ KARA, | |
|    Defendant. | |

<u>STIPULATION</u>

WHEREAS, on July 6, 2011, Maher Kara pled guilty and agreed to cooperate with the government's ongoing insider trading investigation;

WHEREAS, on July 13, 2011, Mounir Kara pled guilty and agreed to cooperate with the government's ongoing insider trading investigation;

WHEREAS, on September 1, 2011, Bassam Yacoub Salman was indicted on charges related to this insider trading case;

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARINGS, Case No. CR 09-417 EMC

1  WHEREAS, on May 29, 2012, Karim Bayyouk was indicted on charges that are also related to
2  this case;

3  WHEREAS, on September 3, 2013, Karim Bayyouk was convicted, after trial, of obstruction, in
4  violation of 18 U.S.C. § 1505;

5  WHEREAS, on September 30, 2013, Bassam Salman was convicted, after trial, of conspiracy, in
6  violation of 18 U.S.C. § 371, and securities fraud, in violation of 15 U.S.C. §§ 78j(b) & 78ff & 17
7  C.F.R. § 240.10b-5;

8  WHEREAS, on April 9, 2013, the Court conducted a sentencing hearing in *United States v.*
9  *Salman*;

10  WHEREAS, on April 15, 2013, the Court conducted a sentencing hearing in *United States v.*
11  *Bayyouk*;

12  WHEREAS, on April 23, 2014, the Court continued the sentencing hearing in *United States v.*
13  *Mounir Kara* from May 14, 2014, to August 27, 2014;

14  WHEREAS, the parties agree that the sentencing hearing in *United States v. Maher Kara*, which
15  currently is set for May 21, 2014, should also be continued;

16  THEREFORE, it is hereby stipulated by and between the parties, through their respective
17  counsel of record, as follows:

18  (1)  The sentencing hearing in *United States v. Maher Kara*, currently scheduled for May
19       21, 2014, shall be continued to September 10, 2014, at 2:30 p.m.; and
20  (2)  The time from May 21, 2014, to September 10, 2014, shall be excluded in computing
21       the time within which the trial of the offenses alleged in the Indictment must
22       commence under Title 18, United States Code, Section 3161 for Maher Kara.

23  ////
24  ////
25  ////
26  ////
27  ////
28

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING, Case No. CR 09-417 EMC
2

1  IT IS SO STIPULATED.

2  DATED: April 23, 2014

3                                                                      Respectfully submitted,

4                                                                      MELINDA HAAG
                                                                       United States Attorney
5

6                                                                              /s/
                                                                       _____
7                                                                      ROBERT S. LEACH
                                                                       Assistant United States Attorney
8

9  DATED: April 23, 2014                                               MORRISON & FOERSTER, LLP

10                                                                             /s/
                                                                       _____
11                                                                     GEORGE C. HARRIS, ESQ.
                                                                       Attorneys for Defendant Maher Kara
12

13                                           [PROPOSED] ORDER

14    Having considered the stipulation of the parties and good cause appearing, it is HEREBY

15  ORDERED that:

16    (1)   The sentencing hearing in *United States v. Maher Kara*, currently scheduled for May 21,

17          2014, shall be continued to September 10, 2014, at 2:30 p.m.; and

18    (2)   The time from May 21, 2014, to September 10, 2014, shall be excluded in computing the

19          time within which the trial of the offenses alleged in the Indictment must commence

20          under Title 18, United States Code, Section 3161 for Maher Kara.

21    IT IS SO ORDERED.

22  Dated:  _____4/25/14_____                                 _____
                                                                       EDWARD M. CHEN
23                                                                     DISTRICT JUDGE

24  [GRANTED — Judge Edward M. Chen, United States District Court, Northern District of California]

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING, Case No. CR 09-417 EMC
3