MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ADAM A. REEVES (NYSB 2363877)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   Adam.Reeves@usdoj.gov
   Robert.Leach@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-00417 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| v. | |
| MAHER FAYEZ KARA, | |
| Defendant. | |

## STIPULATION

WHEREAS, on July 6, 2011, Maher Kara pled guilty and agreed to cooperate with the government's ongoing insider trading investigation;

WHEREAS, on July 13, 2011, Mounir Kara pled guilty and agreed to cooperate with the government's ongoing insider trading investigation;

WHEREAS, on September 1, 2011, Bassam Yacoub Salman was indicted on charges related to this insider trading case;

1  WHEREAS, on May 29, 2012, Karim Bayyouk was indicted on charges that are also related to
2  this case;

3  WHEREAS, on September 3, 2013, Karim Bayyouk was convicted, after trial, of obstruction, in
4  violation of 18 U.S.C. § 1505;

5  WHEREAS, on September 30, 2013, Bassam Salman was convicted, after trial, of conspiracy, in
6  violation of 18 U.S.C. § 371, and securities fraud, in violation of 15 U.S.C. §§ 78j(b) & 78ff & 17
7  C.F.R. § 240.10b-5;

8  WHEREAS, on April 9, 2014, the Court conducted a sentencing hearing in *United States v.*
9  *Salman*;

10  WHEREAS, on April 15, 2014, the Court conducted a sentencing hearing in *United States v.*
11  *Bayyouk*;

12  WHEREAS, Mounir Kara needs additional time to complete a psychological evaluation which
13  he expects to present in connection with sentencing, and the parties in *United States v. Mounir Kara*
14  expect to and/or have submitted a stipulation and proposed order continuing the sentencing in *United*
15  *States v. Mounir Kara* from August 27, 2014, to October 8, 2014;

16  WHEREAS, the parties agree that the sentencing hearing in *United States v. Maher Kara*, which
17  currently is set for May 21, 2014, should also be continued;

18  THEREFORE, it is hereby stipulated by and between the parties, through their respective
19  counsel of record, as follows:

20  (1)  The sentencing hearing in *United States v. Maher Kara*, currently scheduled for
21      September 10, 2014, shall be continued to October 22, 2014, at 2:30 p.m.; and
22  (2)  The time from September 10, 2014, to October 22, 2014, shall be excluded in
23       computing the time within which the trial of the offenses alleged in the Indictment
24       must commence under Title 18, United States Code, Section 3161 for Maher Kara.

25  ////
26  ////
27  ////
28

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING, Case No. CR 09-417 EMC
2

IT IS SO STIPULATED.

DATED: July 17, 2014

                          Respectfully submitted,

                          MELINDA HAAG
                          United States Attorney

                          /s/
                          _____
                          ROBERT S. LEACH
                          Assistant United States Attorney

DATED: July 17, 2014          MORRISON & FOERSTER, LLP

                          /s/
                          _____
                          GEORGE C. HARRIS, ESQ.
                          Attorneys for Defendant Maher Kara

## [PR~~O~~POSED] ORDER

Having considered the stipulation of the parties and good cause appearing, it is HEREBY ORDERED that:

(1) The sentencing hearing in *United States v. Maher Kara*, currently scheduled for September 10, 2014, shall be continued to October 22, 2014, at 2:30 p.m.; and

(2) The time from September 10, 2014, to October 22, 2014, shall be excluded in computing the time within which the trial of the offenses alleged in the Indictment must commence under Title 18, United States Code, Section 3161 for Maher Kara.

IT IS SO ORDERED.

Dated:   7/22/14  _____

_____
EDWARD M. CHEN
DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Edward M. Chen]*