# EXHIBIT A

Audiotape transcription

Interview of Maher Kara

No. SF-3247

Interview date: May 1, 2007



COPY

TRANSCRIBED BY: JUDITH LARRABEE          JOB 2001-395488

**MERRILL LEGAL SOLUTIONS**
575 Market Street, 11th Floor
San Francisco, CA 94105
www.merrillcorp.com/law
415.357.4300

```
 1   biotechnology.
 2       Q   Did you have any involvement in a transaction
 3   that related to a company called Biosite Incorporated?
 4       A   No.  I --
 5       Q   I'm sorry?
 6       A   No, I have not.
 7       Q   Did you know anything about a transaction that
 8   involved Biosite?
 9       A   Did not.
10       Q   Do you know whether or not that a Biosite
11   transaction was worked on by anyone at Citigroup?
12       A   That transaction was made public I believe on
13   an announcement, and I'm not sure who at Citigroup would
14   have worked on it.  Being in the healthcare industry, we
15   routinely know about deals that have been in the sector,
16   but I personally have never been involved with that
17   company; don't know anything about it; don't even know
18   what the company does.
19       Q   You said that there was a transaction made
20   public.  What was that?
21       A   I guess because we -- the transaction being
22   there was an announcement of a transaction related to
23   that company I believe several months ago.
24       Q   Okay.  What do you remember about that?
25       A   That there was a M&A transaction that happened
```

Maher Kara     May 1, 2007

1  with that company.
2      Q     Was Citigroup involved in that?
3      A     I don't know, to be honest with you.  I don't
4  believe we were advising on that company at all.
5  BY MR. MURPHY:
6      Q     How did you learn about the announcement?
7      A     We have routine Monday morning meetings where
8  they announce transactions that have been happening in
9  the space.  And when transactions happen, people go
10 around and just talk about them or they talk about who
11 was involved or who missed the deal.  And that is how we
12 learned about it.
13 BY MR. FARNHAM:
14     Q     I'm sorry.  You said who missed a deal?
15     A     Who missed a deal, yes.  It's routine in
16 healthcare if you are not part of a transaction or if
17 you were part of a transaction people talk about it.  I
18 never -- you know -- heard of this company until there
19 was an announcement made that this company had been
20 acquired.  There was an announcement made on a Monday
21 morning meeting that this company had been acquired.
22     Q     Prior to that, you hadn't heard anything about
23 the company called Biosite?
24     A     Never.
25     Q     Do you know whether Lehman Brothers had any

Maher Kara     May 1, 2007

```
 1   involvement in the acquisition of Biosite?
 2        A    I don't know.
 3        Q    Did you talk to anybody at Lehman Brothers
 4   about that?
 5        A    Never.
 6        Q    A company called United Surgical Partners
 7   International?
 8        A    Mm-hm.
 9        Q    Have you ever heard of that company?
10        A    I have heard of that company, yes.
11        Q    Have you been involved in any transactions or
12   financings related to that company?
13        A    Never.
14        Q    What about Beckman Coulter?  Have you done any
15   work that had any involvement with Beckman Coulter?
16        A    Never.  I don't even know what the company
17   does.
18        Q    Do you know if it's a healthcare or a biotech
19   company?
20        A    If it's biotech, I don't know.  I have never
21   covered them.  So I have covered only exclusively
22   biotechnology, so I don't know that company.  Therefore
23   I would assume it's not a biotechnology company,
24   although there are close to 400 public biotechnology
25   companies.  I'm assuming the names you're mentioning are
```

7

1  public. I don't know if they are.
2      Q    When you say "cover" is that part of your job
3  at Citigroup, or was it?
4      A    Yes. What I do, sir, is I have a list of
5  companies that I am responsible to call on and go out
6  and meet and get to know. And that is in relation to
7  gaining financing -- how should I say it -- financing
8  revenues from them in the future or future transactions
9  in the securities matter related to those companies.
10  And those companies that I work for are exclusively
11  biotechnology companies.
12      Q    Okay.
13      A    I don't have information related to any other
14  companies other than the companies that I really cover
15  in my space. And none of the companies you've mentioned
16  are in my space.
17      Q    Okay. Regardless of whether or not Biosite or
18  Beckman Coulter were in your space and you had any
19  contacts with them, did you learn anything about a
20  potential acquisition or negotiation between those
21  companies for an acquisition?
22      A    No, I did not.
23      Q    And USPI, United Surgical Partners, was not a
24  company that you knew anything about?
25      A    No.

8

```
 1       Q    Did you ever learn anything about an
 2  acquisition of United Surgical Partners?
 3       A    Only after a consummation of that transaction
 4  happened, and that is because the head of the group at
 5  Citigroup was responsible for working on that
 6  transaction.
 7       Q    So when did you learn that the head of your
 8  group was responsible for working on the United Surgical
 9  transaction?
10       A    Post announcement of a transaction with them.
11  BY MR. MURPHY:
12       Q    How did you learn about it?
13       A    It was announced in the group that we were an
14  adviser to someone in that deal.
15  BY MR. FARNHAM:
16       Q    Do you know if there was a financing role for
17  Citigroup in that deal?
18       A    I don't know, sir.  I don't know at all.
19  BY MR. MURPHY:
20       Q    Who did you report to?  Who was your boss at
21  Citigroup?
22       A    My boss was Rick Landgarten.
23       Q    How do you spell both names?
24       A    L-A-N-D as in David-G-A-R-T-E-N.  And that's
25  the person who works on the USPI transactions.  And he
```

Maher Kara     May 1, 2007

1  can confirm to you that I have never -- I have never
2  heard of a company or had not worked on this company,
3  had nothing to do with it.
4  BY MR. FARNHAM:
5      Q    How about a company called Andrx Corporation,
6  A-N-D-R-X.  Do you know them?
7      A    Yes.  I don't know the company management.
8  I've heard of the company.
9      Q    Were you involved in any -- well, have you had
10 any contact with the company?
11     A    No.
12     Q    How about Watson Pharmaceuticals?
13     A    Never.
14     Q    You haven't discussed any financing
15 arrangement with Watson Pharmaceuticals?
16     A    Never.
17     Q    Do you know anyone at Citigroup who has?
18     A    I don't.
19     Q    Do you know whether there have been any
20 financing arrangements with Watson Pharmaceuticals?
21     A    No, sir.  I know the name Watson
22 Pharmaceuticals has been mentioned.  I'm not aware of
23 any relationship at Citigroup with Watson
24 Pharmaceuticals at all.
25     Q    How about a potential relationship?

10

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Do you trade in any securities? |
| 3 | A | Absolutely not, sir. |
| 4 | Q | Have you traded in any Biosite securities, |
| 5 | options or stock? | |
| 6 | A | Never. |
| 7 | Q | How about United Surgical Partners? |
| 8 | A | Never. |
| 9 | Q | How about Andrx? |
| 10 | A | Never. |
| 11 | Q | Do you know anyone who did? |
| 12 | A | No. |
| 13 | Q | Do you know if anyone -- do you know of anyone |
| 14 | who has traded in Biosite securities, stock or options? | |
| 15 | A | No. |
| 16 | Q | Do you know anyone who has traded in the USPI |
| 17 | United Surgical stock or options? | |
| 18 | A | I don't. |
| 19 | Q | Do you know someone named Michael Kara? |
| 20 | A | This is my brother. |
| 21 | Q | Have you -- when was the last time you spoke |
| 22 | to him? | |
| 23 | A | Last May. |
| 24 | Q | And what did you speak about? |
| 25 | A | He called me to let me know that he did |

Maher Kara    May 1, 2007

1  receive a phone call from the Securities and Exchange
2  Commission and that he released my cell phone number to
3  them.
4      Q    Did you discuss any trading that your brother
5  made in Biosite?
6      A    No.
7      Q    Did he tell you that he had traded in Biosite?
8      A    No.
9      Q    Had he told you at any time previous to that
10 that he had purchased Biosite options?
11     A    No.
12     Q    Do you know someone named Karim Byuk,
13 (PHONETIC) K-A-R-I-M?
14     A    Never heard of him in my life.
15     Q    Do you know anyone with the last name Byuk?
16     A    Never heard of that name in my life.
17     Q    How about Emile Jilwan?
18     A    I know a first name of Emile.  I don't know
19 that last name.  This could be someone that is an
20 acquaintance of my family.
21     Q    Did anyone tell you that Mr. Jilwan, Emile
22 Jilwan, traded in Biosite options?
23     A    Never.
24     Q    Did anyone tell you that he made $2 million in
25 profits on those trades?

12

1    A    Never.

2    Q    Did your brother tell you that he made more
3    than a million dollars in profits on Biosite trades?

4    A    Never.

5    Q    Do you know someone named Saswan Ito
6    (PHONETIC)?

7    A    Yes, I do.

8    Q    Who is that?

9    A    That again is a friend of -- it's an
10   acquaintance of the family.  Someone who -- Emile and
11   Saswan, these are people that I have not seen.  Saswan I
12   saw recently because of my wife's baby shower, but I had
13   not seen him since my father's funeral in November of
14   2004.  Emile -- these are not people that I speak to.

15   Q    You mentioned about a baby shower.  When was
16   that?

17   A    Excuse me.

18        (To another person:)  Do you know when the baby
19   shower was in California?

20        February 17th of this year.

21   Q    And you and your wife were in San Francisco
22   for that?

23   A    Yes.

24   Q    Or the Bay Area?

25   A    Yes.

Maher Kara     May 1, 2007

```
 1   2005, middle of summer.  We helped the company raise
 2   $2 billion worth of debt financing.
 3        Q    Have you worked on any transactions related to
 4   Biopharma?
 5        A    Never heard of the company, sir.
 6        Q    What other transactions have you worked on?
 7        A    Worked on phonalong (PHONETIC) financings for
 8   a company called Endo Pharmaceuticals.
 9        Q    Have you ever discussed investing or the stock
10   market with your brother Michael Kara?
11        A    My brother is a biochemist by background.  We
12   have talked about the industry, biotechnology industry,
13   but we have never -- I have never shared any nonpublic
14   information with him about any sort of company
15   especially -- and I've never shared about companies that
16   I personally work on.  I have never discussed anything
17   that I have any information on with my brother.
18        Q    How about with anyone else?
19        A    Never.  I've been in this industry, sir, for
20   nine years, and I understand the ramifications and I
21   understand the issues.
22        Q    And you had -- did you have policies or
23   agreements with Citigroup that prevented you from
24   sharing that information?
25        A    Absolutely.  There's an understanding and we
```

20

Maher Kara     May 1, 2007

```
1   Citigroup?
2       A    (212) 816-7868.
3       Q    I'm sorry.  What's your wife's name?
4       A    Her first name is Susie and last name Kara,
5   K-A-R-A.
6       Q    Is that short for Susan?
7       A    It's actually short.  It's a nickname for
8   Sawsan, her first name.  S as in W[sic]-A-W-S-A-N.
9       Q    And where are you right now?
10      A    I'm in my house.
11      Q    And where is that?
12      A    That is in New York.
13      Q    Is that in Manhattan?
14      A    Yes, it is.
15      Q    What's your address there?
16      A    95 Horatio Street, Apartment 215.
17      Q    And the Zip?
18      A    10014.
19      Q    Do you ever learn of transactions that are
20  being worked on in your group that you don't necessarily
21  have direct involvement with?
22      A    Very rarely, sir, do we do that.  But I have
23  not because we have walls that partition people, and
24  people do not communicate on transactions.
25      Q    Did you have an assistant, administrative
```

22

```
 1  investments with Saswan Ito?
 2      A    Absolutely not.  Nothing.
 3      Q    Did he ask you about any of that?
 4      A    Negative.  Nothing.  Nothing at all.
 5  Absolutely not.
 6      Q    Do you know how often your brother invests in
 7  the stock market or securities?
 8      A    No, sir.  I absolutely do not.
 9      Q    Has he ever told you that he is an active
10  trader?
11      A    He's never used those words. I know that my
12  brother works a lot from home, and I know that he's
13  constantly reading and he's very much into being a
14  biochemist.  He's very much into things related, and
15  he's an environmental toxicologist as well.  He does a
16  lot of his own reading.  But no, I have no idea what my
17  brother's financial position is, nor do I have any idea
18  about his trading activities.
19      Q    And the announcement that you remember about
20  Biosite on Monday, did that announcement include that
21  Citigroup was involved in that transaction?
22      A    I don't recall, sir, to be honest with you
23  because I had never heard of the company.  I don't know
24  the company at all.  I don't know the company.  Don't
25  know what they do.
```

Maher Kara     May 1, 2007

1   Q   So when you had heard that announcement on the
2   Monday morning meeting, prior to that you had never
3   heard about the company?
4   A   No, sir.  I don't know that company at all.
5   BY MR. MURPHY:
6   Q   Did you ever discuss Genentech with your
7   brother?
8   A   We have discussed Genentech.  We discussed
9   Genentech in a what's-going-on-with-Genentech kind of
10  topical questions.  Only surface related question, sir.
11      Just so you know, I don't want to get into details,
12  but my father died of brain cancer in 2004.  We did
13  extensive research into cancer companies and Genentech
14  is one of the leaders obviously.  And my dad was using
15  drugs that are being sold by Genentech, one of them
16  Rituxan.  And so I know that my brother and I had talked
17  about Genentech because, you know, is it an option for
18  dad for when he was dying of brain cancer.  But that's
19  it.  We don't discuss Genentech on business matters at
20  all.  I keep everything that's related to my work, sir,
21  completely confidential.
22  Q   All right.  Well, I'd like to send you the
23  further information that I mentioned earlier and if it's
24  all right I'll send that to your home address?
25  A   Mm-hm.

29

```
 1                REPORTER'S CERTIFICATE
 2
 3         I, Judith Larrabee, a Hearing Shorthand Reporter
 4    duly authorized to administer oaths, hereby certify that
 5    the foregoing is a full, true and correct transcript of
 6    the proceedings transcribed from audio tape to the best
 7    of my ability.  Certain portions of the audio tape were
 8    unintelligible, and I have so indicated those portions
 9    with (INAUDIBLE).
10         I further certify that I am not of counsel or
11    attorney for any of the parties to said proceedings, nor
12    in any way interested in the outcome of said
13    proceedings.
14         IN WITNESS WHEREOF, I have thereunto set my hand
15    on this 18th day of May, 2007.
16
17
18
19    _____Judith Larrabee_____
20         Judith Larrabee, Shorthand Reporter
21
22
23
24
25
```